Kathleen M. Dickson, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D. Dickson, et al,
and on behalf of all Families and
Children of the State of Connecticut

In the cause of a class action: **CA 05- 328 T**

v. STATE OF CONNECTICUT

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

**August 3, 2005**

# AMENDED COMPLAINT AND MOTION

1) Plaintiff KM Dickson motions for the appointment of counsel to represent the victims represented in this class action against the State of Connecticut from the federal court, due to the pervasive retaliation by the CT Justice system mentioned in the original complaint. No CT lawyer is willing to sue the State of Connecticut or Yale University due to Retaliation Syndrome in the CT justice system, and the conditions listed cited below in section 4) of this amended complaint.

Plaintiff KM Dickson is disabled from High Functioning Autism and Lyme Disease, the latter of which is a chronic infection of the nervous system and which only rarely affects joints (transcript, January 31, 2001, FDA meeting regarding LymeRIX; the testimony of Raymond Dattwyler, SUNY Stony Brook). Plaintiff's children have been diagnosed with Lyme disease. Autism is a pervasive development disorder, although no one in the State of Connecticut appears to know what that means. The Plaintiff KM Dickson had to forward the information regarding what "pervasive development disorder" and "Neuroborreliosis" are to the current Governor of Connecticut from correspondence sent to the Plaintiff KM Dickson from the National Institute of Neurological Disorders and Stroke.

Under the Americans With Disabilities Act, access to the courts is not limited to physical access, and persons disabled with communication problems, such as autism, must be accommodated. As described in the original complaint, CA 05-328 T, the State of Connecticut Department of Mental Health and Addiction Services blatantly does not recognize Lyme neuroborreliosis or Autism, which are among the reasons this complaint was moved to another US federal district court. Plaintiff KM Dickson requests procedural advice in order to make efficient use of the Rhode Island federal court.

2) The counsel appointed should be familiar with United States Racketeering and Corrupt Organizations prosecution and preferably is a US Attorney. The corruption in Connecticut, labeled "The Corruption Virus" by Attorney General Richard Blumenthal, is deeply intertwined within the CT state courts. The CT Department of Mental Health, the CT Department of Health, the CT Department of Children and Families, CT court "experts," CT "forensic experts" are both "experts" for the defendant Yale University in 3:05- CV- 92 (CFD), as regards Lyme disease and other brain disease states, as well as the "experts" for the State of Connecticut, which is a defendant also in that civil action. The US Attorney Kevin O'Connor was formerly a State of CT prosecutor. O'Connor would then have to prosecute his own former criminal "experts," which would mean yet another recusal on the part of the US Attorney's office in Connecticut.

3) Under the Fifth Amendment *"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

In the criminal case against Plaintiff KM Dickson all appearances of the above-listed protections of Constitutional law were abandoned: Due process, a threat to deprive of property if Plaintiff KM Dickson did not plead guilty to the crimes she did not commit, deprivation of natural children, and deprivation of their mother to Plaintiff's natural children. Plaintiff KM Dickson committed no crimes and was given no opportunity for due process of law. Plaintiff KM Dickson did not know what she was being charged with until after 9 weeks in prison. Plaintiff KM Dickson was not allowed the opportunity to prove innocence, and was threatened with permanent involuntary committal to a psychiatric hospital if she persisted in maintaining her innocence, and the State was to take all of Plaintiff KM Dickson's assets to pay for Plaintiff KM Dickson's treatment for AAG Jessica Gauvin's psychosis.

These rights are also routinely denied in all DCF cases, rendering ***all*** DCF cases of abuse and neglect completely illegitimate in the eyes of the public, causing citizens to reasonably suspect any "parental kidnappings" as real kidnappings or child abuse as child abuse. These kidnappings are far likelier to be fraudulently court-rendered abuse and neglect via termination of parental rights. This causes serious jeopardy to children who really *are* being abused or neglected, but that is the handiwork, crime, and legacy of DCF alone. Recently a CT DCF supervisor (Valerie Miles) was arrested for tampering with a witness and fabricating evidence.

The Unibomber, Ted Kaszinski, was a domestic terrorist. To falsely assert that the Plaintiff KM Dickson is like the Unibomber, is falsely accusing someone of being a terrorist. These three conditions, 1) taking an excessive number of children from their parents under fraudulent pretenses, 2) falsely accusing people of being terrorists, and 3) witness tampering and fabricating evidence, puts ***everyone*** at risk because of the obvious dangers of "crying wolf," to us all.

**4) The Lyme disease scientific fraud and racketeering complaint involves the following collection of related and possibly-related conditions which hinder the prosecution of these crimes in Connecticut, be it in federal or state court:**

a) ) **The Yale Corporation** is in New Haven, Connecticut; "the Medical School Endowment Fund."

b) L2 Diagnostics is a private biotechnology firm spinoff from **Yale's** former Lyme and Lupus Clinic.

c) Allen C. Steere is now working at Harvard, and who is who masterminded the current and fraudulent Centers for Disease Control's IgG blood testing standard for Lyme. This scam involved using the **high passage** Lyme spirochete strain G39/40, which lost plasmid DNA expression. A result of being high-passage, or culture too many times in a Petri dish, before being recycled through an animal host, which would allow the organisms to maintain the expression of virulence factors or antigens. Thus, high passage G39/40 lost expression of OspA and B. OspA and B are encoded on the same plasmid (small, extrachromosomal DNA, which is vectored by bacteriophages, or viruses that infect bacteria). OspA is the vaccine LymeRIX and ImmuLyme. ImmuLyme was not approved by the FDA for use in humans. **Yale** owns the patent for LymeRIX. LymeRIX was removed from the market due to the unreported adverse events, which took place during the vaccine trial, but were not reported to the FDA during the vaccine trial. Adverse events were later reported, but not until the vaccine was on the market. Osps A and B were left out of the CDC's blood testing standard for Lyme, as a result of this scientific fraud by Allen Steere. LymeRIX 1) never prevented borreliosis is lab animals, and 2) never should have gone to human trials, 3) it did not disinfected ticks but rather made the infection expand in ticks, and 4) LymeRIX did not prevent asymptomatic Lyme infection- it apparently made asymptomatic Lyme symptomatic. Every single claim Yale and SmithKLine made about LymeRIX was false.

d) **L2 Diagnostics**, in partnership with Corixa Corporation (Washington State), Imugen (Norwood Mass), and SmithKline (now Glaxo-SmithKline), share rights to the diagnostic test for Lyme which is now the current CDC IgG standard: Corixa's David Persing patented a test for Lyme from a Lyme spirochete which was missing the OspA-B plasmid. The "partnership" involves Imugen and **L2 Diagnostics** getting all the national testing for Lyme disease, since they are the only ones licensed to use this fraudulent

method, while sending this free blood to Corixa Corporation, which looks for new tick borne diseases to patent for more vaccines and test kits. During the vaccine trial of **Yale's** Lyme vaccine, SmithKline used strain B31, which does not express much, if any, OspC, the neurotropism-associated antigen. Neurotropism means the ability to specifically be attracted to nerve tissue. This left OspA, B and C, the "primary, immunodominant antigens," out of the standard for the assessment of LymeRIX. These antibodies, if a person *had* them and was infected with Lyme, would not be reported and recorded as a case of infection, as explained by Plaintiff KM Dickson to the FDA LymeRIX vaccine committee in Bethesda Maryland, in January, 2001. The internet link to Plaintiff's FDA presentation is below, on the FDA's website is:

http://www.fda.gov/ohrms/dockets/ac/01/slides/3680s2_11.pdf

This is scientific fraud and a monopoly on testing and vaccines, apparently orchestrated by Allen Steere and **Yale** University. It is organized crime, because this testing is fraudulent, and misses the vast majority of cases, and yet meanwhile **Yale's** Erol Fikrig and Richard Flavell own a patent for an early and accurate test for Lyme under US patent number 5,618,533 (application date, Dec 10, 1993). The accuracy of Fikrig's early and accurate test for Lyme was 17/18 cases detected, or 94.4% accurate. The accuracy of the Steere fraudulent method is between 13 and 25%, depending on the spirochete strains used in the testing, when, in the course of the illness, the test is performed, and the patient's own immune competence to borrelial antigens. Some people can be infected and test positive and have no symptoms; a few rare people can be infected and have an inflammatory response - which was what brought this particular borreliosis to the attention of Mrs. Polly Murray – arthritis; but most often, people are testing negative and have neurologic Lyme symptoms because borrelia are stealth infections, and in the bioweapons class of "chronic disablers."

If known "chronic disablers" are not detectable on purpose, this is obviously a **national security risk**.. Someone could deliberately release a chronic disabler in a Lyme endemic area, and due to the fraud of Lyme disease, a serious WMD disease could be spread undetected and unchecked.

e) If Lyme is not detectable, it is not treatable, and thus, Lyme is "controversial," which is a political word meaning fraud, and which we learned about from the USDOJ lawsuits against the tobacco companies. The tobacco companies' claim was that it was also "subject to opinion" rather than fact, that nicotine was addictive, while these tobacco companies were meanwhile allegedly spiking cigarettes with nicotine. For the 2001 American Lyme Disease Foundation's GALA, ***"a memorial tribute was made to S. Donald Ripley, former Secretary Emeritus, the Smithsonian Instution, by his daughter, Rosemanry Ripley, Vice President of corporate Business Development at Philip Morris Companies. "***

f) Soon it will be "controversial," or, a "difference of opinion" whether or not all psychotropics are brain damaging, even though the published science has long proven that they are, and Pfizer has published treatments for the brain damage caused by antidepressants, which they simultaneously say does not exist. Soon it will be controversial whether or not the DSM is an actual medical document, since the new antipsychotic Abilify is a dopamine agonist, the complete opposite of 60 years of thought on psychosis, after the accident of a phenothiazine dye caused the brain anesthesia which resulted the subjects of this experiment having a "complete disregard for their surroundings." This meant "improvement" to psychiatrists. The science of psychiatric "medicine" would actually be humorous if it were not so brain damaging, especially to people who already suffer the brain-toxic state of Neuroborreliosis.

g) The State of Connecticut does not want to admit to the impact of forced psychotropic drugging of the children the DCF kidnaps in rendering these children even more brain damaged and incompetent despite being given the scientific evidence that this is so by the Plaintiff KM Dickson. ***Still*** they wonder why children kill themselves in DCF's "care," when it is already well-known, and scientifically well-

established, that psychotropics increase dementia and agitation. The last child who killed himself in DCF's "care," was diagnosed with bipolar. An educated guess from the newspaper reports was that he refused to take these brain-numbing drugs, which was the reason the DCF placed him back in jail ("refused state services"). Having taken these brain damaging drugs before, rendered the child more agitated than ever, since that's what these drugs do. Since the child then got sucked backed into the clutches of the diabolical DCF again, only this time, for their ***prison***, he killed himself. Children cannot take this much abuse. His family said he wanted to be home. Apparently DCF would not allow that. DCF is responsible for homicide in this case, if the above hypothetical conditions did in fact, occur. According to the Hartford Courant: ***"Children can refuse services at any time and the agency can do little to stop them."*** Plaintiff KM Dickson wonders why didn't they leave the boy alone, and if this action is an indication that DCF is desperate for bodies.

The DCF's and DMHAS' very ignorant and very arrogant "solutions" cause these problems. If you numb someone's brain, there is an equilibrium response adjustment. Although it might be fine for the DCF to have brain-numbed the children in their "care," since numbness of the brain results in less movement and less neurotransmission, when these children are no longer brain-numbed children, they are demented adults, who then end up in the adult prisons. In the vast majority of the cases of incarceration (94%), it is because they later self-medicate their DCF-induced and other- abuse-related traumas with illegal mind altering substances. The State of Connecticut employees know absolutely nothing about care or love, and neither does psychiatry. This could be the reason they don't even know where to start as regards fixing DCF. One suggestion would be the removal of all psychiatric terminology from their vocabularies, since none of it is valid, outside of the terms which represent scientifically identifiable genetic, organic, cognitive, and traumatic compromise. As previously demonstrated in the original complaint, DMHAS and DCF are incompetent to even the CT competency statute

h) **Yale** University had an accurate and early test for Lyme disease in 1991, yet this was not deployed in their vaccine trial. In fact, **Yale's** Durland Fish conspired to discredit the Lyme Disease Foundation (LDF) when the Lyme Disease Foundation discovered that people should be treated with antibiotics upon tick attachment in 1995. He, Durland Fish, conspired with the NIH's Edward McSweegan to send the Lyme disease Foundation "a bogus article" to discredit them, as a result of the LDF's finding that tick attachment should be treated, and people should not wait for the rash to show up to treat with antibiotics. If people are treated upon tick attachment, as a matter of standard health protocol (which it now is), then during the fraudulent vaccine trials, it would not be known whether or not persons who were bitten by ticks had their potential Lyme disease prevented via the vaccine or the antibiotic. Therefore these "researchers" withheld this information from the public for 9 years, allowing untold hundreds of thousands of people to become infected with this permanent brain infection, when it may have been avoided in the cases where people knew they were bitten by a tick.

i) The dimensions and range of death and disability caused by this fraud is unknown, but must be addressed by the federal court as medical negligence and likely, homicide, given **Yale's** and the other RICO entities' insistence that Lyme magically disappears after 30 days of antibiotic treatment and the disease suddenly becomes psychosomatic, which is according to the plans of this scientific medical scam, first laid out by Allen Steere in "The Overdiagnosis of Lyme Disease," in 1993. In 47% of the cases of Lou Gerhig's disease in a Lyme endemic area, the victims had evidence of exposure to borrelia. (This is a scientific fact.) Thus, borreliosis is deadly.

j) The looser partnership or associated companies in the Lyme disease racket also includes Kaiser Permanente, **Yale**, CastleConnolly.com, and the American Lyme Disease Foundation (Somers, NY), whose chairman was the late David Weld, the brother of former Massachusetts Governor William Weld. Under the USDOJ racketeering statutes, one only has to have the appearance of collusion, and not an actual record, documentary evidence or audio-taped evidence, that these companies sat down together and

said, "Okay, Here's how we are going to cheat people out of treatment for Lyme: First we'll make it almost undetectable, by changing the blood test. Then we'll call them crazy and destroy their credibility. We can get away with it, because central nervous system Lyme causes physiological depression, which we know from all the brain damage in Lyme we discovered. General practice physicians will readily buy into an opportunity to declare people crazy and that their patients' complaints not legitimate because of their innate and acquired arrogance, we teach them at medical school. Besides, Lyme patients are whiney, nobody wants them, and they never stop being sick once the disease has progressed. Uncle Sam can pick up the tab. ***They're*** easy to fool.... Meanwhile, all the doctors who currently treat Lyme? We'll get them for malpractice or something, and take them out of commission...."

k) William Weld, while Governor of Massachusetts wanted to "reintroduce prisoners to the joys of busting rocks."

l) The Rowlandgate scandal involved Rowland's Chief of Staff, Peter Ellef, and Deputy Chief of Staff, Lawrence Alibozek, both of whom were former CIGNA employees. Rowland's family owned an insurance company (presumably, insurance sales).

m) Mr. Peter Ellef had visions of building a national chain of high-end garden centers and a national string of prisons and juvenile detention centers in old stone quarries. Mr. Ellef Junior, a defendant in the federal indictment against Ellef, Alibozek, Ellef and Tomasso, owned a landscaping company. Landscaping companies buy, sell, and use rocks for ornamental stone retaining walls, borders, driveways, and the like. High-end garden centers also sell rocks. If Mr. Peter Ellef Senior had access to rocks at a discount, since the consummate ideology of the Welds and the alleged Rowlandgate criminals appears to be to put prisoners to work (slave labor) busting rocks, Senior Ellef's vision, in combination with Mr. John Rowland bragging about being a national security advisor to Mr. President George W. Bush, and given the close association of the Bushs and the Welds to Yale, gives the appearance that all of them are

fond of incarceration as a solution to poverty, and even chronic illness, especially given the racial profiling, which cannot be denied.

n) August 1, 2005, the present CT Governor Rell announced the closure of the scandal- and abuse-laden pediatric prison known as CJTS "managed" by DCF. The new proposal is for more, but smaller incarceration units, when the real solution is to get rid of the DCF. If a child commits a murder or something that serious, they belong in protective custody, like a hospital (childhood is an undeniable condition of incompetence) until the condition which bread the violence is worked out. In the majority of such cases, the child was treated violently previously. Thus child murderers are usually doubly mitigated, and *triply* mitigated, if they are also DCF victims, and again, *quaduply* mitigated if they were given psychotropics.

o) The Lyme disease racketeering crime involved insurance companies' denial of care for chronic Lyme, which was also masterminded by Allen Steere when he defrauded the public by stating that late chronic nervous system Lyme was "some psychiatric disorder," and wrote the "bogus article," "Overdiagnosis [sic] of Lyme disease." In this "bogus" (a word used by Yale's Durland Fish in correspondence with the NIH's Edward McSwegan) scientific report, Steere also used the bogus high-passage strain G39/40, to not find Lyme. Not finding Lyme saves insurance companies a great deal of money, since the relapsing-remitting treatment for this relapsing borreliosis, Lyme disease, which results in a Multiple Sclerosis-like syndrome according to Allen Steere (1991 Rheumatology News) costs $12,000 a month, minimally, as is the wholesale cost of the drug (the discounted price, where the pharmacy makes no profit). However, the malpractice treatment of late nervous system Lyme, which is treatment with psychotropics, increases the dementia. This malpractice is even clearly against the American Psychiatric Associations' Guidelines for the treatment of a delirium, as previously demonstrated with the evidence submitted in the original complaint CA 05-328T, so it is not a matter of opinion, how to treat Central Nervous System Lyme.

p) The (President) Bush's family (G. H. Walker & Co.) sold an investment firm to the Weld family (Weld White).

q) A federal judge in Connecticut is John M. Walker, and who is related to the Walker-Bush family and who is a **Yale** graduate. He is the cousin of the first president Bush, Mr. George H. Walker Bush.

r) The President Mr. George W. Bush's uncle Mr. Jonathan Bush was a member of the **Yale** Corporation, and his investment firm was associated with the Riggs Bank. The Riggs bank was fined 25 million dollars by the federal government for money laundering and hiding the assets of the Chilean Dictator Pinochet, in addition to holding funds for 150 Saudi families. Osama bin Laden is a Saudi, whose family owns a construction firm, and it is believed that bin Laden's own money was contributed to the terrorism executed against the United States on 9/11/01. Judge Walker and Mr. Jonathan Bush live in Killingworth Connecticut. Mr. Jonathan Bush owns a company called JBush & Co, and from their website:
*"J. Bush & Company manages $700 million in assets for high net worth individuals and families, corporate benefit plans, and foundations. We seek to build wealth for our clients by investing in high-quality, growth stocks."*

s) President George W. Bush did not attack Saudi Arabia for funding terrorism. He instead attacked Iraq, and we later found out that 1) "the facts were being fixed around the policy," that 2) Dr. David Kelly of Great Britain and British Intelligence laughed at the notion that Iraq could place a biological warhead on a weapon in 45 minutes since there were no such WMDs in Iraq, and that 3) Mr. Karl Rove was one of the leakers of the CIA agent whose husband, Mr. Joseph Wilson, revealed that Iraq was not trying to buy yellow cake uranium from Niger, rendering all of the hype about the dangerousness of Iraq to be clearly fraudulent.

t) On or about 9/13/01, Mr. Paul Wolfowitz suggested lopping off the lower portion of Iraq to the Bush administration. Iraq is an oil producing country close to Israel. It has the second largest oil reserves in the world and had a human rights abusing government, as does Saudi Arabia. Perhaps it would look a little better if we invaded Iraq for their oil, since Saddam committed genocide against the Kurds, and the US had earlier sold Iraq some WMDs to be used against Iran. Mycoplasmal infections carried by ticks can infect livestock, such as cattle, goats and sheep, rendering them sick with pneumonia, lameness, or unable to produce milk. Mycoplasmal infections are usually resistant to antibiotics (except macrolides), and treating mycoplasmal infections are said to make these infections worse by killing off other bacteria, allowing the mycoplasmal infection to spread, however, it might be likelier that mycoplasmal infections simply suppress the immune system, allowing the other infections to spread. This appeared to be the case with the illnesses caused by Yale's LymeRIX vaccine, which was of myco origin.

A Plum Island director at first denied working with mycoplasmas on Plum Island, but then when shown the evidence that we knew they had, she retracted that denial. If it is true that the Iraqi scientist who was given these mycoplasmas to take back to Iraq from Plum Island was killed by the Israelis (he was run over while changing a tire, much like the Don C. Wiley case), and these Israelis were from the Mossad (who also are accused by some as being responsible for the Kennedy assassination by some groups, because of Kennedy's stance on Israel having nuclear weapons), one can suspect the reasons **Mortimer Zuckerman** attempted to attend the ALDF's 2001 "GALA" at the Pierre Hotel in New York City. Zuckerman was also a candidate for ambassador to Israel. Israel depends on US Military might for protection from people who believe Israel has no rights to the Holy Land. Because of Yale and their fraud on Lyme, which involves Zuckerman (who owns *Newsday* and the *US News and World Report*), one would suspect that any information Yale and the ALDF have about vector borne disease and animal diseases, which are also bioweapons and chronic disablers like Lyme disease, may have been given or sold to Israel as well as Iraq. Plaintiff KM Dickson has long suspected that the reason George H. W.

Bush did not finish off Saddam in 1991, was because of the bioweapons he knew Iraq had, because we sold them to Iraq to use against Iran.

Whatever we have, as "chronic Lyme," that the people named in the RICO case insist we don't need treatment for, may be some accidental release of an animal disease other than Lyme, carried by ticks. All one has to do, is study the work of Tully TG on MedLine.

u) Mr. Paul Wolfowitz is also a chemist, and chemists understand the principals of thermodynamics: Energy equals Power, and in order to be the world police, the United States must have jet fuel. Oil is also essential to the US auto-motorized economy.

v) Presidents Bush I and II attended **Yale.**

w) Mr. Paul Wolfowitz was an instructor lecturer at **Yale**. Mr. Lewis Libby, the other CIA Plame name-leaker, was a student of Mr. Wolfowitz'. From Wikipedia: ***"From 1970-72 Wolfowitz taught at Yale University where one of his students was Lewis Libby who would become a long-term political associate."***

x) The State of CT made an "illegal loan," according to Attorney General Richard Blumenthal, to ENRON, while former Governor Rowland was a member of the **Yale** Corporation, and should have known how to invest for the State better. Yale earned 8 billion dollars during the 10 years of the Lyme scam, from $2.5 billion to $10.5 billion, for the Yale Corporation. The illegal loan was for 220 million dollars, but to the best of the Plaintiff KM Dickson's knowledge, AG Richard Blumenthal was able to recover a significant percent of those losses. Connecticut could have invested in Equatorial Guinea or the Sudan, for example, instead, and had a significant stake in oil and timber assets globally, as the Yale Corporation now does.

y) Mr. William Weld's brother Mr. David Weld was chairman of the American Lyme disease Foundation and which is the central RICO entity involved in the fraud in "Lyme disease."

z) Hartford is known as the insurance capital of the world. Since Kaiser-Permanente knows Lyme is a permanent brain infection, requiring repeat treatment with ceftriaxone, one can assume other insurance companies do as well. One of the founders of the American Lyme Disease Foundation (1990), the former president of New York Medical College, Mr. John J. Connolly, now owns CastleConnolly.com, which publishes an internal HMO industry newsletter. In 1989, the Infectious Diseases Society of America published that Lyme is a permanent nervous system infection, like other known spirochetal infections, and the treatment endpoint was not known. New York Medical College was failing financially, and Kaiser is now there training General Practitioners. The New York Office of Professional Medical Conduct, had until recently gotten their experts on Lyme from this Insurance Industry source - Kaiser at New York Medical College - to declare the perjury that Lyme is cured with 30 days of antibiotics, and that the CDC's case definition, which is Allen Steere's fraudulent blood test definition of Lyme disease, is the only kind of Lyme disease there is, in an attempt to remove the medical licenses of Lyme treating specialists.

aa) **Yale's** Ms. Janine Evans, of Yale, is one of the entities involved in the fraud of Lyme disease, and was or is the Yale Physicians Group's managed care liaison. Yale is often sent patient records by insurance companies for second opinions on whether or not a person should be treated for Lyme. It even occurs that people who have the false positive criteria of Allen Steere are denied treatment, since Yale can say this is post-Lyme, since it is all IgG antibodies (late occurring) and not active, treatable Lyme. Part of Steere's fraud was to leave out the vast majority of IgM antibodies in the standard for Lyme, although he earlier included them as evidence of active infection, and specifically reported that this was his reasoning, in 1986, in the earlier testing scheme for Lyme disease.

bb) It appears former Governor John G. Rowland benefited from the ENRON transaction by being made the president of the Republican Governors' Association.

cc) Vice President Dick Cheney is a former CEO of Halliburton, whose industries include the dismantling of nuclear power plants and oil recovery.

dd) The specific documentation of this scientific fraud in Lyme disease is in the office of the US Attorney Kevin O'Connor, in New Haven, CT. Mr. Kevin O'Connor had to recuse himself from the federal investigation of the crimes in the Connecticut Governor's (Rowland) office, because Mr. O'Connor's wife worked in Rowland's legal office apparently while the crimes took place. The crimes involve the CT Department of Children and Families' (DCF's) policies of abuse rather than assistance to families. What the DCF calls "services," is actually organized trafficking in humans (regarded as "removals"), for the 1) federal tax dollars brought into the State of CT, 2) for the criminal entity known as "TREA," a limited liability corporation, 3) into the salaries of DCF "workers" and corrections officers, 4) for foster care parents, many of whom provide foster care just for the money. Mr. O'Connor, to the Plaintiff KM Dickson's knowledge, was a former State of Connecticut New Britain prosecutor, and has a record for the most death penalty convictions in Connecticut. The Assistant US Attorney Nora Dannehy and Deputy US Attorney John H. Durham likely experience discomfort working under Mr. Kevin O'Connor and around Mr. Christopher Morano, the Chief State's Attorney, and in regards to all of the sitting judges who were appointed by Mr. John G. Rowland. Mr. Morano was asked to stay out of the way of the investigation of the corruption in Mr. Rowland's office.

Thus, due to the total corruption in the State of Connecticut, which is to include some of the people in the District of Connecticut's US Attorney's office, the Department of Justice and their relationship to **Yale** University, and via the presence of various Yale-Bush-Weld banks or investment firms and insurance

companies, this complaint must be prosecuted from another jurisdiction of the federal government. Mr. O'Connor was quoted in one of the online newspapers that, "When we worry about Nora, it is because she is working too hard."

Plaintiffs et al request assistance from the federal court in Rhode Island to include representation by counsel appointed by the federal court. That counsel should have experience prosecuting organized crime. The indigency of the Plaintiffs is inherent, since the victims of "Rowlandgate" are fully exhausted of personal resources, after having dealt with the corrupt DCF and corrupt judicial system. The primary purpose of this action is to arrest the crimes committed by employees of the State of Connecticut, and their paid "experts," against unsuspecting, innocent, private persons.

The Plaintiff KM Dickson called the DCF and complained about Mr. John G. Rowland exposing his children to lying, cheating, and stealing, and thus corrupting them, since in addition to lying to the press and the public about who paid for what, Mr. Rowland blamed his son for the robbery of a CT state warehouse where they helped themselves to camping equipment, but to the plaintiff KM Dickson's knowledge, Mr. Rowland's children were not removed. Obviously it was a valid complaint of abuse and neglect. Mr. Rowland was removed instead.

The Plaintiff KM Dickson, as a former employee and analytical chemist with Pfizer, has nearly expired all savings and 401(K) funds due to the harassment by the State of Connecticut and their hired Yale "experts." The little that remains in Plaintiff KM Dickson's 401 (K) from Pfizer must be used in the case that CIGNA drops her long term disability coverage ***again***, which they obviously threatened to do in 2004, which resulted in the alleged "harassing communications and threatening" response by the Plaintiff KM Dickson. The Plaintiff KM Dickson had told CIGNA basically that if they were looking for truly crazy people to drop the long term disability coverage for, they should look no further than the CT DCF. Lyme is a brain disease and Autism is a brain *order*.

Plaintiff KM Dickson had testified at the FDA meeting in Bethesda regarding the fraudulent **Yale** Lyme in January 2001, exposing the entire fraud of the testing for Lyme. CIGNA continues to harass the Plaintiff Dickson, as is demonstrated in the alleged "harassing communications and threatening" of AAG Jessica Gauvin. The Plaintiff Dicksons, Kathleen, Lara, Diane and David, cannot get adequate care for Lyme disease, due to the Lyme disease racketeering condition and the DCF racketeering condition. The Lyme disease racketeering complaint filed with the US Attorney's office and copied to CT Attorney General Richard Blumenthal, AAG Jessica Gauvin asserted for the DCF "court," was evidence of Plaintiff KM Dickson's insanity.

Science does not equal insanity, unless one is a psychiatrist, as is the case with DCF's, **Yale**'s and DMHAS' "experts," Kenneth Marcus and Patricia Leebens, or unless one is a social worker like DCF's Maureen Auger, or unless one is a DCF attorney like the fired New Haven Principal Attorney, Sarah Gibson, or an Assistant Attorney General for the DCF like Jessica Gauvin, **rendering all these opinions, and the classes of people they represent to be utter nonsense**: Psychiatrist, "social worker," or lawyer for the State of Connecticut or **Yale.**

That the Plaintiff KM Dickson was declared insane was the State of Connecticut's and **Yale's** only recourse, since the science of the scientific fraud and racketeering in Lyme, and the malpractice treatment of Lyme dementia described in the perjury by James Phillips and Kenneth Marcus, (Yale and DMHAS) is published and is beyond dispute. AAG Jessica Gauvin brought no "expert" to prove that the Plaintiff KM Dickson's assertions that organize crime in "insurance medicine," "bogus articles," and the scientific fraud in "Lyme disease," which became "LymeRIX disease," were not scientifically valid. In fact, no one has yet, at all.

Plaintiff KM Dickson was an analytical methods development chemist for a pharmaceutical company, which seems to be the primary point of irritation for all participants in Plaintiff Dickson's various fraudulent prosecutions, yet that this is irritating to others is beyond Plaintiff's understanding or ability to analyze. Plaintiff KM Dickson has high functioning autism, which is the furthest thing from a brain "disorder" that there is. All one has to do, is read the DCF's "records" to know what a ***real*** brain disorder is. One would suspect that since there is an identifiable difference in brain morphology in autistic people (the right side, or visual side, is bigger), and autistic people never lie, one would expect the brain morphology of these outrageous liars, all of the DCF staff, would also show a difference, however the DCF hasn't asked for any mental health help. People with antisocial personality disorder (are "sociopaths") are beyond fixing, and this is a general consensus among psychiatrists.

From MentalHealth.com:

## Antisocial Personality Disorder

# American Description Diagnostic Criteria

A. There is a pervasive pattern of disregard for and violation of the rights of others occurring since age 15 years, as indicated by three (or more) of the following:
    1. failure to conform to social norms with respect to lawful behaviors as indicated by repeatedly performing acts that are grounds for arrest
    2. deceitfulness, as indicated by repeated lying, use of aliases, or conning others for personal profit or pleasure
    3. impulsivity or failure to plan ahead
    4. irritability and aggressiveness, as indicated by repeated physical fights or assaults
    5. reckless disregard for safety of self or others
    6. consistent irresponsibility, as indicated by repeated failure to sustain consistent work behavior or honor financial obligations
    7. lack of remorse, as indicated by being indifferent to or rationalizing having hurt, mistreated, or stolen from another

B. The individual is at least age 18 years.

C. There is evidence of Conduct Disorder with onset before age 15 years.

D. The occurrence of antisocial behavior is not exclusively during the course of Schizophrenia or a Manic Episode.

## Differential Diagnosis

**Substance-Related Disorder; Schizophrenia; Manic Episode; Narcissistic Personality Disorder; Histrionic Personality Disorder; Borderline Personality Disorders; Paranoid Personality Disorder; Adult Antisocial Behavior.**

If CT DMHAS would concentrate 100% of their failed mental health system "treatments" exclusively on DCF staff, both abominable agencies, DCF and DMHAS, would cancel out, and would no longer be a threat to the rest of the residents of the State of Connecticut who are "normal," based upon the sole virtue of not being a DCF employee.

Kathleen M. Dickson

**Plaintiffs**

**Kathleen M. Dickson, et al**

**23 Garden Street**

**Pawcatuck, CT 06379**

4-Aug-2005