UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Judge ~~Martin~~ Almond

RE: CA 05-328 T

Kathleen Dickson v. State of CT

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 9/21/05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

_____ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

✓ 9. Other: Filing Fee of $50.00 made payable to the Federal Board of Bar Examiners

ENTER:

[signature]

United States Magistrate Judge

Date: 9/22/05

cc: Counsel of Record

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KATHLEEN M. DICKSON<br>*Plaintiff* | : | CIVIL ACTION NO.<br>CA-05-328-T |
| v. | : | |
| STATE OF CONNECTICUT<br>*Defendant* | : | SEPTEMBER 20, 2005 |

**MOTION FOR ENTRY OF APPEARANCE OF ASSISTANT ATTORNEY GENERAL JOHN E. TUCKER PRO HAC VICE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Pursuant to Rule 5 (c) of the Local Rules of the United States District Court for the District of Rhode Island, the undersigned moves for admission *pro hac vice* for the limited purpose of appearing for and defending the named defendant, the State of Connecticut, in an action pending in this Court captioned: Kathleen M. Dickson v. State of Connecticut, CA- 05-328-T.

In support of this motion, the undersigned avers:

1. The undersigned, John Tucker, is an Assistant Attorney General assigned to the Child Protection Department in the Office of the Attorney General, State of Connecticut. He has been employed by the Office of the Attorney General since 1997. Prior to joining the Office of the Attorney General, Attorney Tucker was employed as a Staff Attorney for the Connecticut Supreme and Appellate Courts.

2. The undersigned was admitted to the Connecticut Bar in December, 1989; the United States District Court for the District of Connecticut in February, 1990; the Second Circuit Court