**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KATHLEEN M. DICKSON<br>*Plaintiff* | : | CIVIL ACTION NO.<br>CA-05-328-T |
| v. | : | |
| STATE OF CONNECTICUT<br>*Defendant* | : | SEPTEMBER 20, 2005 |

**MOTION FOR ENTRY OF APPEARANCE OF ASSISTANT ATTORNEY GENERAL JOHN E. TUCKER PRO HAC VICE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Pursuant to Rule 5 (c) of the Local Rules of the United States District Court for the District of Rhode Island, the undersigned moves for admission *pro hac vice* for the limited purpose of appearing for and defending the named defendant, the State of Connecticut, in an action pending in this Court captioned: Kathleen M. Dickson v. State of Connecticut, CA- 05-328-T.

In support of this motion, the undersigned avers:

1. The undersigned, John Tucker, is an Assistant Attorney General assigned to the Child Protection Department in the Office of the Attorney General, State of Connecticut. He has been employed by the Office of the Attorney General since 1997. Prior to joining the Office of the Attorney General, Attorney Tucker was employed as a Staff Attorney for the Connecticut Supreme and Appellate Courts.

2. The undersigned was admitted to the Connecticut Bar in December, 1989; the United States District Court for the District of Connecticut in February, 1990; the Second Circuit Court

of Appeals in March, 2004 and the United States Supreme Court in June, 2005. He is a member in good standing in all of the above listed bars.

3. Attached to this motion and incorporated herein is the attorney's certification for *pro hac vice* admission.

4. The plaintiff, who has entered a *pro se* appearance, filed a complaint against the State of Connecticut dated August 4, 2005. If the present motion is granted, the undersigned intends to file a motion to dismiss on the grounds that the action is barred by the doctrine of sovereign immunity, lack of personal jurisdiction and improper venue.

5. The undersigned has a long-standing representation of the State of Connecticut, Department of Children and Families, dating from 1997.

6. If the case is not dismissed pursuant to the defendant's motion to dismiss, discovery will necessarily be conducted in Connecticut since the plaintiff resides in Connecticut and State of Connecticut personnel are based in Connecticut.

7. The State of Connecticut, Office of the Attorney General, is statutorily charged with representing the state in all civil litigation. *See* Conn. Gen. Stat. § 3-125.

8. Assistant Attorney General James Lee of the Rhode Island Attorney General's Office has agreed to serve as local counsel in this matter.

9. Granting this motion is consistent with the goal of securing a just, speedy and inexpensive resolution of the present action. Rule 1 FRCP.

**WHEREFORE**: The undersigned respectfully moves for entry of his appearance *pro hac vice* for the limited purpose of defending Kathleen M. Dickson v. State of Connecticut, CA-05-328-T.

State of Connecticut

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /S/______________________

John E. Tucker
Assistant Attorney General
Federal Bar No. ct 04576
110 Sherman Street
Hartford, CT 06105
E-mail: John.Tucker@PO.State.CT.US
Tel: (860) 808-5480
Fax: (860) 808-5595

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of September, 2005, first class postage prepaid to:

Ms. Kathleen M. Dickson
23 Garden Street
Pawcatuck, CT 06379
(Plaintiff)

James Lee, Esq.
Assistant Attorney General
Department of the Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903
(Local Counsel)

John E. Tucker
Assistant Attorney General

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s) Connecticut; Second Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's *motion or motion of other parties in the case.*

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| John E. Tucker, Esq.<br>Name | James Lee, Assistant Attorney General<br>Local Associate Counsel |
| | 4305<br>R.I. Bar ID # |
| Office of the Attorney General<br>Firm Name | Department of the Attorney General<br>Firm Name |
| Mackenzie Hall<br>Business Address<br>110 Sherman Street<br>Hartford, CT 06106 | 150 South Main Street<br>Business Address<br>Providence, RI 02903 |
| (860)808-5479 Tel. # (860) 808-5590 Fax # | (401) 274-4400 Tel. # (401) 222-2995 Fax # |

---

**Order :** This motion is hereby ________________.

________________
U.S. District Judge
Date: ________________