UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Kathleen Dickson

RE: CA 05-328T

Kathleen Dickson v. State of Connecticut

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 13 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

XX 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended) See next page

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01. ~~See next page~~

XX 9. Other: Proposed amended complaint contains an appeal of District of Connecticut ruling.

ENTER:

David L Martin

United States Magistrate Judge

Date: 10-13-05

cc: Counsel of Record

Kathleen M. Dickson
Lara E. Dickson
Diane M. Dickson
David D. Dickson, et al,
And on behalf of all Families and
Children of the State of Connecticut

In the cause of a class action: DOCKET CA- 05- 328 -T

v. STATE OF CONNECTICUT

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

11 OCT 2005

**MOTION TO DENY DEFENDANT'S MOTIONS and for a CONTINUANCE**

The Plaintiffs request that all motions by the Defendant not be granted on the following grounds:

1) Attorney General Richard Blumenthal himself should be representing the State, since he is most familiar with the "controversy" over Lyme disease and he was contacted by the Plaintiff on numerous occasions, in addition to hosting 2 public hearings on Lyme disease, in 1999 and 2004.

2) No Child Protection attorney general who represents the State of Rhode Island should be in contact with any CT state's attorney, since they are of the same corrupt persuasion and are familiar with the CPS' agents' extensive practices of defrauding the courts and lying to the police. CT's Assistant Attorney Generals who work for the Child Protective Services have zero integrity and this is well known to the residents of CT. Recently a former attorney who worked in the CT CPS courts reported an Assistant AG for defrauding the courts and the whistleblower:

> *"Mary Ann Mierzwa, was "fired from her job as a court services officer in juvenile court in Hartford, Conn., is suing the Judicial Branch in federal court under state whistleblower, workplace free speech and federal civil rights laws.*