UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN M. DICKSON, and on behalf of Lara E. Dickson Diane M. Dickson, David D. Dickson, et al., and on behalf of all Families and Children of the State of Connecticut, Plaintiffs, | : | |
| v. | : | CA 05-328 T |
| STATE OF CONNECTICUT, Defendant. | : | |

**ORDER**
**DENYING MOTION**
**FOR APPOINTMENT OF COUNSEL**

Before the court is the motion of Plaintiff Kathleen M. Dickson ("Plaintiff") for the appointment of counsel. See Amended Complaint and Motion ("Motion") at 1. Plaintiff seeks to have counsel appointed in what she alleges is a "class action against the State of Connecticut ...." Id. The Motion is DENIED because this court lacks jurisdiction.[1] The claims alleged in the action have no connection to the District of Rhode Island.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
October 19, 2005

BY ORDER:

Deputy Clerk

---

[1]Although Plaintiff states that "due to the total corruption in the State of Connecticut ... this complaint must be prosecuted from another jurisdiction ...," Amended Complaint and Motion at 15-16, Plaintiff cites no statute or other authority which would allow this court to exercise jurisdiction. See Federal Rule of Civil Procedure 8(a) (requiring that a complaint contain "a short and plain statement of the grounds upon which the court's jurisdiction depends"). The court is unaware of any grounds which would give it jurisdiction in this matter.