UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATHLEEN M. DICKSON, and on behalf of Lara E. Dickson Diane M. Dickson, David D. Dickson, et al., and on behalf of all Families and Children of the State of Connecticut, Plaintiffs, | : | |
| v. | : | CA 05-328 T |
| STATE OF CONNECTICUT, Defendant. | : | |

**ORDER**
**DENYING THREE MOTIONS**
**CONTAINED IN DOCUMENT #7**

Before the court are three motions filed on or about October 6, 2005, by Plaintiff Kathleen M. Dickson ("Plaintiff"). The motions are contained in a single document which the Clerk's Office has designated Document ("Doc.") #7. The motions are:

1. Motion to Dismiss Daniel Dilzer as Special Public Defender ("Motion to Dismiss Dilzer");
2. Motion for Continuance; and
3. Motion to Compel.

For the reasons stated below, the motions are denied.

**I. Motion to Dismiss Dilzer**

It appears from Doc. #7 that Plaintiff was previously involved in the State of Connecticut in adversarial judicial proceedings with the Connecticut Department of Children and Families ("DCF"). See Doc. #7 at 1-2. Plaintiff was apparently represented in those proceedings by Daniel Dilzer ("Dilzer"). See id. at 2. Plaintiff alleges that Dilzer did not defend her adequately. See id. at 1. Plaintiff also refers in Doc. #7 to being charged criminally in Connecticut and appears to

additionally allege that Dilzer did not defend her adequately on the criminal charges. See Doc. #7 at 3-4.

The Motion to Dismiss Dilzer is DENIED because, among other reasons, this court lacks authority to determine who may represent Plaintiff in judicial proceedings in Connecticut.

**II. Motion for Continuance**

Plaintiff seeks to continue "the criminal and civil suits against the State of CT, 3:05-CV-91(CFD) on the grounds that she needs to have a lawyer who can work with her ...." Doc. #7 at 5. The Motion for Continuance is DENIED because, among other reasons, this court has no authority to control the scheduling of judicial proceedings in Connecticut.

**III. Motion to Compel**

By this motion, Plaintiff seeks to compel the U.S. Attorney for the District of Connecticut, Kevin J. O'Connor, to produce "evidence" in a civil case which she identifies as "3:05 (CV)-91," Doc. #7 at 5. The evidence is apparently a copy of a chapter of a textbook on Lyme Disease. See id. The Motion to Compel is DENIED, because, among other reasons, this court has no authority to control discovery in a civil case in the District of Connecticut.

So ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
October 24, 2005

BY ORDER:

Deputy Clerk