Kathleen M. Dickson
Lara E. Dickson
Diane M. Dickson
David D. Dickson, et al,
And on behalf of all Families and
Children of the State of Connecticut

In the cause of a class action:

v. STATE OF CONNECTICUT

DOCKET CA- 05- 328 -T
JUSTICE ERNEST TORRES
US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

11 OCT 2005 (2nd document of same date)

## MOTION TO AMEND

Given the following evidence of AETNA's continued abuse of Lyme victims, and given CT AG Richard Blumenthal's and the State of CT's lack of response to numerous request for assistance regarding this abuse of the CDC's Lyme disease testing criteria, and in fact, the new conditions of the Plaintiff Dickson's release, as of October 4,2005 - which are that she is not to send information about Lyme disease to the State of CT - as stated in the corresponding motion of today's date, Plaintiff would add this evidence of AETNA's new policy as regards the treatment of Lyme disease, newly submitted to the ActionLyme International Patients' Activists Group, by a Washington State ActionLyme member this morning, October 4,2005. ActionLyme was founded by the Plaintiff Dickson in the summer of 1999

The Plaintiff Dickson sent evidence of the scientific fraud in Lyme disease to the State of RI's 2002 Tick Borne Diseases Commission after which RI legislation was passed to protect Lyme-treating physicians from insurance company harassment.

The conditions of the Lyme racketeering condition were submitted to AG Richard Blumenthal, but then the **AAG** Jessica Gauvin and the DCF principal attorney Sarah Gibson determined that this evidence was evidence of the Plaintiff's insanity, **including the** RI **Tick Borne Diseases Management Plan, the Plaintiffs submission to the RI Commission which is linked to the Plaintiff's website as http://actionlyme.org/RHODE_ISLAND.html**

The **ActionLyme** group, with the **website** http://actionlyme.org, is the Plaintiffs **3" website** regarding the scientific **fraud** of Lyme disease, and now the First Amendment violations by the State of CT, against the Plaintiff Dickson, in which she was previous not allowed to "**criticize** the government," as terms of her probation for **AAG** Jessica Gauvin's psychosis.

CT AG Richard Blumenthal had asked CDC's Paul Mead at the CT Second Lyme Disease Hearing in Jan 2004 to change the CDC's **website** to make it clear that the CDC's serodiagnostic standard not be used **as** a standard for serodiagnosis, but only as case reporting criteria (to the CDC), and Mead agreed. Mead then did not comply.

This document published by AETNA says:

**http:l/www.aetna.com/cpbldatalCPBA0215html**

**Aetna considers outpatient intravenous antibiotic therapy medically necessary in adult and pediatric members with the diagnosis of Lyme disease only when it is based on the clinical presentation of signs and symptoms compatible with the**

**disease and supported by a positive serologic *and/or* cerebrospinal fluid (CSF) titer by indirect immunofluorescence assay (IFA), Prevue Borrelia burgdorferi antibody detection assay, or enzyme-linked immunosorbent assay (ELISA), which itself is validated by a positive Western Blot Test (see CDC criteria in note* below).**

And is based on scientific fraud. Thus, this record is substantiation of the seriousness of the Plaintiffs complaint regarding the general incompetence of the Connecticut government, and that this prosecution of the State of CT in the District of Rhode Island is imperative and fair.

Rhode Island has already addressed the problem of Lyme patient and Lyme physician harassment and passed legislation in 2002. Rather than assist the Plaintiff Dickson and her children who all have Lyme disease, the State of CT falsely accused the Plaintiff of being a terrorist instead of an activist, and threw the Plaintiff in the women's prison in LYME, CONNECTICUT and gave Plaintiffs children to a known child abuser and wife beater, Donald G. Dickson.

**CERTIFICATION**

**This is to certify that the foregoing was faxed/mailed to:**

**AG RICHARD BLUMENTHAL**
**55 ELM STREET**
**HARTFORD, CT 06106**
**860-808-5387**

**This 11th Day of October 2005**

**Kathleen M. Dickson, et al**
**23 Garden Street**
**Pawcatuck, CT 06379**