We want you to know™
Aetna

# Clinical Policy Bulletins

**Number:** 0215
(Updated)

| | |
|---|---|
| **Subject:** | Lyme Disease |
| **Reviewed:** | August 23, 2005 |

## Important Note

This Clinical Policy Bulletin expresses Aetna's determination of whether certain services or supplies are medically necessary, experimental and investigational, or cosmetic. Aetna has reached these conclusions based upon a review of currently available clinical information (including clinical outcome studies in the peer-reviewed published medical literature, regulatory status of the technology, evidence-based guidelines of public health and health research agencies, evidence-based guidelines and positions of leading national health professional organizations, views of physicians practicing in relevant clinical areas, and other relevant factors). Aetna makes no representations and accepts no liability with respect to the content of any external information cited or relied upon in this Bulletin. The discussion, analysis, conclusions and positions reflected in this Bulletin, including any reference to a specific provider, product, process or service by name, trademark, manufacturer, constitute Aetna's opinion and are made without any intent to defame. Aetna expressly reserves the right to revise these conclusions as clinical information changes, and welcomes further relevant information including correction of any factual error. ***Each benefit plan defines which services are covered, which are excluded, and which are subject to dollar caps or other limits. Members and their providers will need to consult the member's benefit plan to determine if there are any exclusions or other benefit limitations applicable to this service or supply.*** The conclusion that a particular service or supply is medically necessary does not constitute a representation or warranty that this service or supply is covered (i.e., will be paid for by Aetna) for a particular member. The member's benefit plan determines coverage. Some plans exclude coverage for services or supplies that Aetna considers medically necessary. If there is a discrepancy between this policy and a member's plan of benefits, the benefits plan will govern. In addition, coverage may be mandated by applicable legal requirements of a State, the Federal government or CMS for Medicare and Medicaid members. CMS's Coverage Issues Manual can be found on the following website: http://cms.hhs.gov/manuals/pub06pdf/pub06pdf.asp.

## Policy

I. Aetna considers outpatient intravenous antibiotic therapy medically necessary in adult and pediatric members with the diagnosis of Lyme disease only when it is based on the clinical presentation of signs and symptoms compatible with the disease and supported by a positive serologic and/or cerebrospinal fluid (CSF) titer by indirect immunofluorescence assay (IFA), Prevue *Borrelia burgdorferi* antibody detection assay, or enzyme-linked immunosorbent assay (ELISA), which itself is validated by a positive Western Blot Test (see CDC criteria in note* below).

   Once a definitive diagnosis of Lyme disease is established, Aetna considers outpatient intravenous antibiotic therapy medically necessary when any of the following conditions is met:

   1. Lyme arthritis which persists after failing to respond to a 4-week course of appropriate oral antibiotic therapy

2. Moderate to severe cardiac involvement as evidenced by any of the following:
   - A first degree heart block with P-R interval greater than **0.4** seconds
   - Second or higher degree AV block
   - Congestive heart failure
   - Myopericarditis

- Neurologic involvement of Lyme disease (neuroborreliosis) as evidenced by any of the following:
  - Meningitis confirmed by CSF analysis showing a lymphocytic pleocytosis with evidence of antibody production against *Borrelia burgdorferi* in the CSF
  - Encephalopathy/encephalomyelitis
  - Sensory/motor radiculoneuropathy or peripheral neuropathy (weakness and/or pain in the extremities or chest)

- All cases of Lyme disease in pregnant women who exhibit symptoms and signs of any of the following:
  - Stage II Lyme disease with early dissemination documented by organ-specific manifestations of infection (cardiac, neurologic, or arthritic)
  - Stage III late Lyme disease documented by findings of arthritis and/or neurologic complications, such as encephalomyelitis and subacute encephalitis.

- Aetna considers initial intravenous antibiotic therapy experimental and investigational for the following indications, because the benefit of intravenous antibiotic therapy for these indications has not been established:

1. Non-specific subjective symptoms, e.g., persistent, chronically debilitating fatigue (chronic fatigue syndrome), difficulty in concentrating, musculoskeletal pain (fibromyalgia), and headache
2. Prophylaxis in a person who is asymptomatic and the only evidence for Lyme disease is a positive immunologic test (Elisa, IFA, or Western blot)
3. Early Lyme disease or new-onset Lyme arthritis
4. Flu-like syndrome (fatigue, fever, headache, mildly stiff neck, arthralgias, and myalgias)
5. Mild cardiac involvement of Lyme disease as evidenced by any of the following:
   - First degree heart block with P-R interval less than **0.4** seconds
   - Transient ST-T depression, T- wave changes
   - Left ventricular dysfunction without congestive heart failure
6. Minor neurologic manifestations of Lyme disease (including headache, stiff neck, and irritability:,
7. Pregnant woman presenting with localized Lyme disease manifested as a single lesion of erythema migrans without any other symptoms suggestive of disseminated disease
8. Isolated manifestations of neurologic involvement of Lyme disease (such as Bell's facial nerve palsy/paralysis).

- Aetna considers the following diagnostic tests for Lyme disease experimental and investigational because there is inadequate scientific evidence to prove their usefulness in clinical practice:

1. T-cell proliferation response assay
2. *Borrelia* culture
3. Polymerase chain reaction (PCR) for identification or quantification of Lyme disease (*B. burgdorferi*) spirochetal DNA or RNA
4. Urine antigen assay
5. Serum borreliacidal assay
6. C6 peptide ELISA assay (using recombinant VlsE1 or peptide antigens of *Borrelia burgdorferi*).
7. Provocative testing (testing for B. *burgdorferi* after antibiotic provocation).

Scheduled repeated testing for Lyme disease in a member without a change in signs and symptoms is considered not medically necessary.

- Aetna considers a repeat 4-week course of outpatient intravenous antibiotic therapy medically necessary when the member meets all of the following criteria:

1. The member has met the criteria for an initial course of intravenous antibiotic therapy, using lab results obtained within the past three months; and
2. The member has completed an initial course of appropriate intravenous antibiotic therapy; and
3. The member has objective evidence of either relapse of infection, progression of Lyme disease organ damage, and/or the finding of a new focus or type of organ damage.

Aetna considers additional antibiotic therapy in post-treatment, persistently fatigued patients (post Lyme syndrome) experimental and investigational because intravenous antibiotic therapy has not been shown to be effective for this indication.

- Concurrent babesiosis or cat-scratch disease is not, in and of itself, considered a medically necessary indication for long-term intravenous antibiotic therapy for Lyme disease. Long-term intravenous antibiotic therapy is generally not medically necessary in immunocompetent persons with Bartonella-associated vasculoproliferative diseases (bacillary angiomatosis-peliosis and verruga peruana) or Bartonella bacteriemia (other than Bartonella endocarditis). Intravenous antibiotic therapy may be medically necessary in persons with severe Bartonella infection, immunocompromised persons, and systemic Bartonella infection complicated by bony or parenchymal involvement or endocarditis.

- Aetna considers hyperbaric oxygen therapy experimental and investigational for the treatment of Lyme disease because its effectiveness for this indication has not been established (see CPB 172 - Hyperbaric Oxygen Therapy (HBOT)).

***Note**: According to the CDC (1995), the recommended method for serologic detection of active disease or previous infection involves a two-test approach using a sensitive enzyme immunoassay (EIA) or immunofluorescent assay (IFA) followed by a Western immunoblot. All specimens positive or equivocal by a sensitive EIA or IFA should be tested by a standardized Western immunoblot.

The CDC (1995) states that when Western immunoblot is used during the first 4 weeks of disease onset (early LD), both immunoglobulin M (IgM) and immunoglobulin G (IgG) procedures should be performed. However, a positive IgM immunoblot alone is not considered sufficient evidence of active disease in a person with Lyme disease of more than one month's duration. Although the presence of IgM antibodies is useful in evaluating early disease, the CDC states that a positive IgM test result alone is not recommended for use in determining active disease in persons with illness greater than one month's duration because the likelihood of a false-positive test result for a current infection is high for these persons. The following criteria for a positive Western Blot are as adapted from the CDC (1995):

IgM immunoblot - Two of the following bands are present:

- 21/22/23/24 kDa (OspC)*
- 39 kDa (BmpA)
- 41 kDa (Fla).

*or*

IgG immunoblot - Five of the following bands are present:

- 18 kDa
- 21/22/23/24 kDa (OspC)*
- 28 kDa
- 30 kDa
- 39 kDa (BmpA)
- 41 kDa (Fla)
- 45 kDa
- 58 kDa (not GroEL)
- 66 kDa
- 93 kDa.