Kathleen M. Dickson
Lara E. Dickson
Diane M. Dickson
David D. Dickson, et al,
And on behalf of all Families and
Children of the State of Connecticut

In the cause of a class action:

v. STATE OF CONNECTICUT

**DOCKET CA- 05- 328 -T**

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

01 November 2005

**MOTION TO INVALIDATE THE CLAIMS OF AAG JOHN TUCKER,
MOTION TO CLARIFY PREVIOUS FILINGS,
MOTION FOR APPOINTMENT OF COUNSEL**

Mr. AAG John Tucker has misrepresented himself, as he is a potential witness. Mr. Tucker previously represented the State of CT when Plaintiff Dickson filed two complaints against the State with the Commission on Human Rights (March and September 2003) and/or two complaints regarding State's Attorney's ethics to the Statewide Bar Counsel (against Jessica Gauvin and Sarah Gibson).

The motions ruled on by the RI court were not to be ruled on by the RI federal court. In the title and per the rules, the case numbers were in the title of the filing. The Plaintiff Dickson was merely trying to present to the RI federal court any background information regarding other relevant cases, out of respect for the RI court. The Plaintiff Dickson was falsely accused criminally, and was not allowed a trial, as this is one of the numerous deceptive practices of the CT courts, State's Attorney's Office, Yale Forensic Psychiatry, the CT Department of Mental Health and Addiction Services, the CT Department of Children and Families, and the staff of the office of the Attorney General, Mr. Richard Blumenthal, as would be Mr. Tucker's attempt here

to deceive the RI court by not mentioning that he is a potential witness and therefore cannot represent the State of CT.

Plaintiff Dickson requests appointment of counsel, the dismissal of Mr. Tucker, and for the RI court to acknowledge that although Mr. Tucker has not offered any agreement to satisfy the dismissal of the case, the Plaintiff has made an offer, and that attempt was again misrepresented to the RI court, by Mr. John Tucker.

Judge Droney was requested to grant the motion to compel the US Attorney to turn over copies of the pages in the book Rahn and Evan's Lyme Disease, Key Diseases, written by Robert Schoen and Erol Fikrig. If the Plaintiff Dickson has confused anyone by error, because the Plaintiff Dickson has verifiable executive dysfunction by resolving-relapsing brain scan because Lyme disease is a permanent brain infection and requires retreatment, or else the disease would not be called borreliosis, since all borrelioses are **relapsing fever** organisms. Plaintiff apologizes, but has said hundreds of times, this is the State of CT's obligation to prosecute, since Yale University is in New Haven, CT, and LymeRIX was their fraud. It is the nature of this complaint that all CT agencies and departments are incompetent. The Plaintiff Dickson testified at the FDA describing how LymeRIX was not qualified with a valid standard, as are the FDA rules, and not any State of CT employee although it is within the mandate of the CT DCF to assure healthcare for children and to assure that children are not harmed.

The State of CT promotes criminal child abuse and neglect, as is demonstrated every time the State files a motion in the federal district of Rhode Island in defense of this complaint.

CERTIFICATION

This is to certify that the foregoing was faxed/mailed to:

AG RICHARD BLUMENTHAL
55 ELM STREET
HARTFORD, CT 06106
860-808-5387

FBI New Haven
600 State Street
New Haven, CT 06511
(As an interested party to the US government, which has been defrauded by Yale University under the False Claims Act.)

SSA Fraud Allegation Management
Allegation Management Division
Social Security Administration
PO Box 17768
Baltimore, MD 21235
(As an interested party to the US government, which has been defrauded by Yale University under the False Claims Act.)

**Enter as a record of the court:**
CT CR04-021010
CT CR04-276816
20 Franklin Square
New Britain, CT 06051

**Enter as a record of the court:**
3:050-CV-91 (CFD)
HON. CHRISTOPHER DRONEY
UNITED STATES DISTRICT COURT
DISTRICT OF CT
450 MAIN STEET
HARTFORD, CT 06510

This 1st Day of November 2005

Kathleen M. Dickson

Kathleen M. Dickson, et al
23 Garden Street
Pawcatuck, CT 06379
http://actionlyme.org

**CHIEF JUSTICE ERNEST TORRES CA 05-328 T November 1, 2005**

**MOTION TO APPOINT COUNSEL is granted/denied**

______________________________ 
**JUSTICE**

______________________________ 
**CLERK**

**CHIEF JUSTICE ERNEST TORRES CA 05-328 T November 1, 2005**

**MOTION TO DENY DEFENDANT REPRESENTATION BY AAG JOHN TUCKER is granted/denied**

______________________________ JUSTICE

______________________________ CLERK