Kathleen M. Dickson, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D. Dickson, et al,
and on behalf of all Families and
Children of the State of Connecticut

COMPLAINT

In the cause of a class action:

**CA 05- 328 Torres**

v. STATE OF CONNECTICUT

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

24 October 2005

## APPEAL OF DECISION TO DENY COUNSEL- SUBSTANTIATION OF CORRUPTION CLAIMS

Already submitted as evidence are the Plaintiff Dickson's 2 psychological evaluations and medical records which demonstrate that the Plaintiff and her children have Lyme disease which is a brain disease. The Plaintiff is disabled from Lyme disease and High Functioning Autism. Autism is defined by the unusual presentation of high visual-spatial abilities relative to low verbal and auditory recall and processing. The Plaintiff has been diagnosed with Autism and Lyme Neuroborreliosis. **Under the Americans with Disabilities Act, access to the courts is not limited to physical access and is entitled to counsel.** Plaintiff Dickson was an analytical chemist employed by Pfizer.

The State of CT forensic experts are largely from Yale Department of Psychiatry. Yale trains State prosecutors as shown in the exhibit submitted. The following Yale Department of Psychiatry perjured themselves and/or presented fraudulent testimony to two Connecticut courts:

**Yale's James Phillips**- When Phillips knew the Plaintiff Dickson would sue for malpractice, he perjured himself in Plaintiff's DCF "trial," and previously gave false testimony to DCF privately. Phillips would not give the Plaintiff the record of the false DCF complaints by Plaintiff's sister Nancy E. Martin. On the

basis of these false Nancy Martin allegations, which the world knew to be false because the Plaintiff Dickson scanned in these records into her website, DCF threw out their first petition against the Plaintiff, wrote a second one, and then proceeded to defraud the court once again and orchestrate perjury. Plaintiff Dickson did not have an adequate defense. Attorneys are supposed to state for the record of the court, what is the evidence they are submitting. This was not done in the Plaintiff's case. Attorney Peter J. Bartink Jr. did not state for the record of the court, "Did Kathleen Dickson first ask you for ProVigil for alertness and did you instead prescribe 11 other medications, after which, did you state to Kathleen Dickson, 'I think you need to be on medication,. I just don't know what kind,'?" in his cross examination of the witness James Phillips. We learned at the depositions that Carolyn Martin invented *herself* that the Plaintiff Dickson "threatened to slit her own throat." This data was not stated for the record of the court. There are numerous other such examples of incompetent legal representation. Bartinik is a Republican politician. That the Plaintiff Dickson despises all things Republican was clear on her website since mid 2003, long before the rest of the country was aware of what we are dealing with with the Republican "Party," and over 2 years before the Republican CT Governor Rowland went to jail.

**Yale's Vladimir Coric-** Coric did not repeat in his report and for the court anything accurate. Attorney Priscilla Hammond walked up to the Plaintiff Dickson on Nov 21, 2003 after the depositions which vindicated the Plaintiff, and said, "The State is watching this case very closely." The Plaintiff has a gag order not to criticize the government as terms of her release for AAG Jessica Gauvin's psychosis. James Phillips prescribed exactly three bottles of medication over a 5 year period when the Plaintiff was a victim of James Phillips and Carolyn Martin's abuse in the 1980s. Child abuse is not cured by sex, yet promoting sex as the cure-all and the end-all to all emotional distress is the formula for the Freudian psychiatrists like James Phillips. "Psychosexual development" nonsense is nonsense. Sigmund Freud first asserted that his hysterical female patients were the victims of childhood sexual abuse. When Freud's patients abusive fathers objected, Freud changed his theory to state the opposite: These children/women did not have ***enough*** sex in their lives and were sexually repressed. This is the basis for

the present "formulation" in Psychiatry where the victim is the guilty. Psychiatric diagnoses of trauma victims are the victims' diagnoses and not the perpetrators' diagnoses. The Plaintiff's assaults on the validity of entire industry (psychiatry and psychotropics), in addition to the scientific evidence that all psychotropics are brain damaging, are on the Plaintiff's website. Yale Forensic Psychiatry are, for all intents and purposes, the State of CT's experts in all mental health matters. As previously stated, a woman with Asperger's (Jennifer O'Connor) has been misdiagnosed and dismissed as mentally ill, despite her step father being a Yale professor of Urology. "Dr." Joseph More at Connecticut Valley Hospital (mental hospital) said cognitive evaluations were too expensive at $2000 each, whereas the stay at his "competency restoration unit" - where CT's victims of false criminal charges are threatened that they must plead guilty to the false criminal charges - costs $60,000 minimally. Had Mrs. O'Connor had valid cognitive testing, she would have gotten the treatment and services she deserved as a disable person and not discriminated against and ignored as a "mentally ill" person. Plaintiff asserts that 2,000 is less than 60,000 even though a CT State psychiatrist doesn't agree, but by his virtue of being a "doctor," Dr. More is more of an "expert" in Connecticut than the Plaintiff- who worked in an analytical methods development lab for the largest pharmaceutical company in the world.

Plaintiff Dickson had made these assertions and statements of scientific fact to the State of CT on numerous occasions including on Nov 20, 2003, when she dropped off the data and questionnaires now in evidence, to Laura Lustig of the New Learning Center, Wesport, CT. The State of CT psychiatrists feel very threatened by the potential accountability that must come to psychiatry, especially in Connecticut which is a highly endemic area for this permanent brain infection, Lyme borreliosis. The days of psychiatry are numbered because the science says this is not a medical practice, regardless.

**Yale's Psychiatry Department graduate Kenneth Marcus**- Kenneth Marcus perjured himself and said you treat an organic delirium like any other psychosis, which is against the American Psychiatric Associations Guidelines. Marcus is a Yale Psychiatry graduate. One gets the sense that State

employment is preferable to private practice because in the latter condition, market forces will act in some measure to effect adequate accountability and performance.

**Yale's Patricia Leebens**- Patricia Leebens defrauded the court as regards the Plaintiff's 11-16-03 databinders, now in evidence and did not tell CT Judge John C. Driscoll that she was looking at substantiated replies to the Commission on Human Rights (Pekah Wallace) and Statewide Bar Counsel (Gerald Dwyer) submitted by the Plaintiff. Leebens defrauded the court as to their content. When the Plaintiff and her lawyer went to enter these as evidence, AAG Jessica Gauvin dropped her objection, ran back to her bench and said "I didn't see that," after we threatened to subpoena the Attorney General Richard Blumenthal and US Attorney Kevin O'Connor to come and tell the court what was the CONTENT of this databinder. Judge Driscoll never looked at **any** of the evidence submitted and is incompetent. Leebens works at the Yale Child Study Center, and the same day as the depositions, Nov 21, 2003, Yale Child Study Center psychological analyst Laurie Cardona submitted her psychological evaluation for the Plaintiff's daughter, which took place over 6 full school days that fall. In other words, Leebens is 100% clueless. She called Lyme disease, "Lyme's disease." Leebens job is chief drug-pusher on DCF kidnapped children and all she cares about is her "career." All psychotropics are brain damaging, none should be prescribed for children, and neither should children be fraudulently traumatized by the chronic defrauding of the DCF courts in Connecticut with these excessive removals- **causing the trauma that Leebens "treats" - separation from parents.**

**Yale's Christopher Gottschalk** stated to the Plaintiff Dickson that Lyme is not a brain disease.

Yale University Department of Pathology participated in the autopsy of the newborn who died from the brain damage from congenital Lyme brain infection. The mother and the infant had Lyme disease, were "seronegative," and the report discussed the remarkable lack of inflammation associated with the death and destruction of this infant. Today, because of the fraud in "Lyme disease," which is largely the crime

of Yale University, Yale and in fact, the CDC, argue that Lyme disease is an inflammatory disease. It is not. Their own published data says so. Lyme borreliosis is a stealth infection and only a small portion of people infected with this spirochete have the kind of hypersensitivity reaction to OspA or LymeRIX and other components of the spirochete that is arthritis.

The Plaintiff Dickson filed a racketeering complaint with the US Attorney Kevin O'Connor, whose appointment came under scrutiny with regards the scandal in Connecticut over the former Governor and outrageous contracts which went to his friends, and which were associated with the Department of Children and Families. Four persons still face trial for racketeering charges, and will be prosecuted by Assistant US Attorney Nora Dannehy. US Attorney Kevin O'Connor had to recuse himself from this investigation.

The present CT Chief State's Attorney (prosecutor) was approved by John G. Rowland, the former governor who is now in federal prison as a result of his involvement in the corruption involving the CT Department of Children and Families and their vision of a "national string of prisons and juvenile detention centers " The former CT Governor John G, Rowland claimed to be "a national security advisor" to the self-proclaimed "war president," George W. Bush. A local Connecticut news article stated that the reason the present Commissioner of Public Safety, Leonard Boyle, who had a reputation for prosecuting official corruption was passed over in favor of Christopher Morano, was because "Rowland wanted a safe pair of hands."

The Department of Children and Families in Connecticut is again under intense scrutiny because of high salaries with little or no remarkable output. The CT Legislative Committee is so exhausted from the lack of performance with this DCF department that they plan to overhaul this department. One legislator suggested taking "mental health" and juvenile justice "services" away from DCF. The State remains in an uproar over outrageous compensation to a court monitor who hardly monitored courts, because the

Plaintiff Dickson sent him (Ray Sirry) an enormous amount of data demonstrating the incompetence and criminal behavior of CT DCF. Ray Sirry, the DCF court monitor never responded once, not even with a phone call. [EXHIBIT]

The CT State Police, now with Leonard Boyle as Commissioner, has recently asked for outside help from the State of New York to investigate complaints against CT State troopers, due to the undeniable corruption. A New York State Internal Affairs officer will stay in CT "as long as necessary" to review the complaints made by CT citizens against CT State Troopers. [EXHIBIT]

It is abundantly clear that the State of CT must be sued in another federal jurisdiction. Even the New Haven FBI is incompetent. That the FBI is incompetent overall, is also national news. There is the issue with the non-sharing of information, and a disturbed focus. The FBI should be investigating real crime, such as who is behind the fraud in Lyme disease. The Yale Lyme vaccine- "Lyme disease" fraud crimes involve people like Mortimer Zuckerman, Anthony J. Walton an international banker, the Welds, David and William, the latter of whom has relationships with persons who defrauded the State of Massachusetts as regards a clean up bill for the Big Dig. The business owner declared bankruptcy after moving assets to Bermuda. This fraud (http://www.ALDF.com) involved persons representing Philip Morris and other large and small biotech investment firms, American International Group, and Kaiser Permanente. This data is in the office of US Attorney Kevin O'Connor, and constitutes 5 boxes of data. The entire State of Connecticut is corrupt all the way up to federal justice representation.

The State of CT and Yale University at least participates in the concept of "Custodial Democracy." Few black people are declared incompetent to stand trial, yet most CT prisoners

are black, and "The Bell Curve," authored by the same man who invented "Custodial Democracy," says the "g factor" is the valid scientific reason black people are stupid and people with dark skin can't govern themselves. If the g factor exists and is real, then why doesn't Yale Forensic Psychiatry perform g factor tests on all black prisoners to determine how much they are not guilty of crimes by reason of this alleged g factor mental incompetence? If black people have a real g factor problem, are they not truly underprivileged? It should be loud and clear: Yale/Connecticut is not competent to brain matters, even when it is discrimination "data."

The Republican party's policies are clearly of abuse and intolerance rather than relief for the underprivileged, and since Yale University is the source of the scientific fraud and racketeering condition of Lyme disease, that the RI court has denied representation for the State of Connecticut victims of Color of Law, victims of just plain Color, perjury, false criminal charges, racial profiling, the "Nigger Free Radio," of the Bristol, CT police, etc., is a baseless decision. If this case were to be initially prosecuted in Connecticut, it would probably be moved to New York due to conflict of interest, and then at that the Chief Justice of the 2nd Circuit is John M. Walker, a CT resident and relative of George W. Bush. Judge Walker and Jonathan Bush, who was associated with the Riggs Bank scandal, are both associated still with Yale University, either as advisors, speakers, or board members. Jonathan Bush is George W. Bush's uncle.

Plaintiff Dickson complained about these abuses to the head of Homeland Security, but we all later suffered the incompetence of Bush appointee cronyism with hurricane Katrina. Complaining to the Bush administration about the crimes of the Republican Party is like a real life journey through Lewis Carroll's "Alice in Wonderland." [EXHIBIT]

As the Plaintiff informed the Rhode Island clerk - agreeing that RI is famous for its corruption - Plaintiff Dickson restates that RI probably has not reached the level of corruption that CT has reached by virtue of the presence of Yale and the Bush family in this State. Paul Wolfowitz and I. Lewis Libby were acquainted with each other at Yale where the latter was a student of the former at Yale. Libby and Wolfowitz participated in the fraud of the second Gulf War under the Bush family, and as of today's date we await the outcome of the grand jury investigation of Patrick Fitzgerald over Plamegate - the CIA officer's name leak. This condition was allegedly about Libby's attempt to discredit Ambassador Joe Wilson's claim that the facts were being fixed around the policy as regards Niger's uranium. CIA employee Valerie Plame is Ambassador Joe Wilson's wife. Therefore when the Plaintiff Dickson made the claim that RI might not be enjoying some aspects of corruption that CT is now enjoying, she was not exaggerating. Connecticut is the NeoCons' terrorism and intolerance training camp.

Under the Americans With Disabilities Act, the Plaintiff is entitled to representation/counsel. Autism is a condition where text must make visual and logical sense. Such is not the case with the vast majority of legal jargon. Fraud is simple, according to the Plaintiff's "disorder." Yale did not have a Lyme vaccine because they did not qualify it with a valid blood testing standard. Yale has a valid blood testing standard that they could have used since 1991. Yale did not have a vaccine, which was why they used a fraudulent blood testing standard to "qualify" it instead of their valid one.

Psychiatry is not a scientific or medical practice, as previously demonstrated with the scientific journal articles which show all psychotropics are brain damaging, and it is obvious that nothing psychiatrists do is medical or scientific. No psychiatrists were there when Siamese twins were separated at the head, no psychiatrists were there for Parkinson's stem cell therapy surgery, there were no psychiatrists in the laboratories of the WWII investigators who treated the victims of relapsing fever borreliosis brain infection, no psychiatrists work in Yale's vector biology labs where they experiment with vector competence with such diseases are tick borne encephalitis, no psychiatrists operate on call with the head injury trauma teams in US hospitals, none run the machines in US hospital radiology departments, and none participate at Brookhaven where they experiment with synthetic nerve membrane tissue and receptors to develop new nerve agent bioweapons. Yale's psychiatry staff has no problem perjuring themselves as needed. Lyme is a brain disease. Psychiatrists are not needed anywhere in the 21st century. Even the Dec 26, 2004 tsunami victims rejected them. The tsunami victims said they wanted REAL help.

CT federal court judge Christopher Droney has also denied the Plaintiff counsel, and he said so with the disclaimer that this decision was not made with prejudice, which is inherently with prejudice. Droney ignored the Plaintiff's first valid claim, which was that she was cognitively impaired as a result of being sick with Lyme disease, and having autism which is a reality "disease." Autistic people insist data be factual and are generally scientists or engineers. It is the CT and US courts which are incompetent and they resist even understanding why they are incompetent.

Plaintiff is convinced the fraud of Lyme disease will eventually be revealed regardless of the abundant abuse by the State of CT and the people involved in their various frauds. This abuse of so many people **representing people who simply have needs** is just plain wrong, extremely embarrassing, and must be exposed. Plaintiff Dickson also promised her children she would never stop trying to rescue them from the dangerous situation in which they were placed deliberately by the State of CT. The investigations into the abuses by the State against Plaintiffs Dickson simply opened their eyes to the magnitude and range of human rights abuses that occur in Connecticut under this Republican "leadership" in Connecticut and Washington. The Plaintiff cares little for the decisions of the courts, **unless they render the help that people ask for**, deserve, and need, in order to **promote the general welfare**. The Plaintiff Dickson and activist counterparts will not stop at the incompetent state and federal courts.

The State of Connecticut placed the Plaintiff's children with the criminally violent sociopath Donald G. Dickson, who was arrested for Domestic Violence, we had to stay in the Battered Women's Shelter, and a CT state judge issued a restraining order against Donald Dickson in the past. The State then issued **a gag order not to criticize the government** upon her false arrest, and told the Plaintiff's children not to complain of the abusive and insane conditions in which they were placed- with a dangerous man - or they would be kidnapped again and placed in separate foster homes. Donald Dickson is known by the CT DCF to occasionally expose his genitals to the Plaintiff's children, and forces the Plaintiff's son to "sit on his lap in his underware." And "He comes out of the shower naked to scream at us." The CT DCF is aware that Donald Dickson got into the bathtub naked with the Plaintiff's son when the son was 4 or 5 years old, and the CT DCF is aware that Donald Dickson choked the Plaintiff's son in the bottom

of Donald Dickson's car, and the child later said, "I thought he was going to kill me." [EXHIBITS] This in itself is an obvious reason the State of CT must be prosecuted by the federal government outside of CT, since no state, to the Plaintiff's knowledge, has ever issued a gag order on a person they have falsely accused of a crime, removing their first amendment rights.

The RI federal judge wants the Plaintiff to demonstrate the statute for that. Plaintiff believes that statute is the first amendment to the US Constitution. Considering the magnitude of removing a persons' first amendment rights, after falsely accusing them of "harassing" a state official when the "harassment" was in truth the Plaintiff's reporting of the crimes of the state official to the US Department of Justice, and given the fact that the Plaintiff Dickson cannot be sued for slander or libel since all of her statements are truthful, it would be a bad reflection also on the RI courts, to also deny counsel.

Plaintiff would expect any court to find the court-ordered removal of first amendment rights to be an interesting case in these United States. However, due to the corruption at the national level - in the White House - perhaps this case needs to be heard in The Netherlands. False imprisonment under the threat of permanent committal to a mental hospital is precisely what Soviet Russia was about under Stalin and his gulags for dissidents. "Custodial Democracy" and the removal of the underclasses from the sight of the privileged is very reminiscent of Hitler's Third Reich. Plaintiff will send this complaint to be added with the others she has sent to the World Court and the UN Human Rights High Commissioner regardless of the RI or CT federal court's decisions.

Someone must stand up to and face down Fascist America. Plaintiff has a strong belief in democracy even if America does not even any longer understand democracy. Democracy is not something to be rammed down the throats of people who have been abused by America and other "Democracies" such as the United Kingdom, under the Wolfowitz false pretense that he is the worlds' moral authority by virtue of his high intelligence. Higher Intelligence dictated Do No Harm, Thou Shalt Not Kill, and especially Thou Shalt Not Bear False Witness. It was certainly false that Iraq had WMDs, or harbored Al Quaeda, until this "Shock and Awe" attack made that happen, inciting a now undeniable global contagion of violence. So much for the brilliance of Yale and their employees. Under the law, these frauds must be restrained and contained.

This complaint and the attempts by the Plaintiff Dickson to reach justice in America have been exhausted. Plaintiff first wrote to the CDC for help and advice regarding her illness in 1990, later to CT Governor John G. Rowland in 1997, spoke at the FDA about the fraud of LymeRIX in 2001, complained to the UN in 2003, went to jail in 2004 for crimes she did not commit, and 15 years later it is the same issue. Lyme is a brain disease, it is Connecticut's disease and it is scientific fraud and racketeering. The judge is entirely correct that this should not be prosecuted in RI. It never should have to be prosecuted at all were Connecticut the least bit competent to any health or brain or legal or human rights matter.

The Plaintiff appeals these same decisions- denial of counsel- in the CT and RI federal courts. Someone who is a lawyer needs to prosecute CT's broad-ranging criminal behavior exacted upon

not only its own citizens but all persons around the globe infected with borrelia. If this premise does not make sense to the US courts, then any similar illegal abuse of biological scientific data would also have to be acceptable. **Whoever is responsible for the Anthrax Mailings could not be considered a criminal if Yale's and SmithKline's behavior is not a criminal for putting a known-to-be-dangerous "vaccine," LymeRIX, on the market, and the lying about, and trying to hide, the injuries it caused, by blaming the victims of this bogus vaccine.**

The specific criteria for the referral of the Plaintiff Dickson to a US Attorney to file a scientific fraud and racketeering complaint as regards Lyme disease and LymeRIX by an Assistant Attorney General in CT was, upon answering in the affirmative to the question, "CAN you prove the blood testing standard for Lyme disease changed?" Jessica Gauvin, another CT Assistant Attorney General, and who is a prosecutor for the CT Department of Children and Families, asserted that the Plaintiff was insane for doing so.

Lyme disease is still scientific fraud and racketeering and will be until it is prosecuted under the law. Lyme disease is a borreliosis. That was the original name for the infection: "Lyme borreliosis." It did not become "Lyme disease" until these frauds, particularly the former Yale employee Allen Steere, simply stated that you could only have Lyme if it happened in your knee.

Alan Barbour, the owner of the patent for the other Lyme vaccine, ImmuLyme, stated in a

scientific report which Yale's and DCF's Patricia Leebens now has, says: **"The association of borreliae with ganglia or other nerve tissue has also been noted in other tick species (102) and in lice (116, 126). <u>The propensity for borrelia to go to the brain of infected mammals (see below) suggests that the relationship between these spirochetes and neural tissues is not trivial.</u> Further study of this attraction and**

**the interaction that follows may reveal the basis for the significant nerve and brain involvement in Lyme borreliosis (201, 206, 233; R. Ackermann B. Rehse-Kupper, and E. Gollmer, Sentralb Bakteriol. Mikrbiol. Hyg., in press; A. R. Pachner and A. C Steere, Zentralb. Bakterio. Mikrobiol. Hyg. Ser.. A, in press)."--- *The Biology of the Borrelia species*, AG Barbour, SF Hayes, 1986**

This document is in the 11-16-03 databinders and is now in evidence in the DCF court, the RI federal court, and the CT federal court.

That document also says:

**Although borreliae can usually be recovered from such organs as the spleen, liver, kidneys, and the eyes of infected animals, the organ usually with the most persistent infections is the <u>brain</u>. ... Detection or isolation of borreliae from <u>brains</u> that had been infected several months and up to 3 years previously has been reported. Before the advent of ultra cold freezers, strains were kept in the <u>brains</u> of rodents and passed once or twice a year."**

That means these spirochetes reliably infect the brain and this was well known before the fraud of "Lyme disease," because brains were clearly the primary culture media.

That document also says, **"Borreliae can be recovered from the <u>brains</u> of animals that are immune to challenge with that strain."** That means once these organisms have infected the brain, the immune response does not get rid of them in the brain. It means, if you inoculate the infected animal with the same strain, the animal will be able to get rid of the bug in body tissues other than the animal's brain.

Vijay Sikand, MD., of East Lyme, CT, argued in the 1998 FDA Lyme vaccine meeting that:

**"...the specter of asymptomatic infection is something that troubles me a great deal and troubles a great number of my colleagues who need to treat Lyme disease. The obvious analogy with syphilis infection with Treponema pallidum is there to consider. It is well known that Borrelia burgdorferi**

**indeed after asymptomatic infection can lurk or secrete itself in certain areas of the body, perhaps the central nervous system or perhaps the joint spaces, only to reappear months or maybe years later in the form of late stages of illness which are harder to diagnosis and treat."**

The State of CT will take the infant away from parents who do drugs during pregnancy, but they throw the parent who is a Lyme activist who has congenitally infected in children in jail, and declare her insane for being a Lyme activist for the purpose of preventing the very same brain damage from happening to other children, regardless of how they are infected.

This condition reveals a state of severe mental illness on the part of the DCF staff, particularly AAG Jessica Gauvin and DCF's and Yale's psychiatrist Patricia Leebens. Criminally insane people work for the State of CT and **who don't have Lyme dementia** are in charge of destroying children and families and these crimes must be prosecuted under the law.

Laws are intended to protect people - they are not intended as a tool for disposing of people who are a burden. This case cannot be prosecuted in Connecticut because the Yale "mental health" experts might confuse the g factor with the g spot, based on the Plaintiff's experience with them, since little in life appears to happen outside the motivation for sex, in their minds. Leebens called Lyme disease "Lyme's disease," yet Yale Department of Pathology determined the cause of death of the congenitally infected newborn was from the brain damage from the Lyme infection. Plaintiff wonders how these people got to be doctors, but then George W. Bush graduated from Yale. Yale doesn't seem to be about wisdom of any kind, yet these are Connecticut's "experts."

CERTIFICATION This document was mailed or faxed to the following entities

International Criminal Court
Po Box 19519
2500 CM, The Hague
The Netherlands

NAACP of Greater New Haven
Scot X. Esdaile - President
192 Dixwell Ave
New Haven, CT 06515

Social Security Allegation Management
Office of the Inspector General
PO Box 17768
Baltimore MD, 21235-7768

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT USA 860-808-5387 fax

DENIED
Ernest C. Torres
Chief, US District Judge
11/15/05

World Health Organization
Director Lee Jong-wook
Avenue Appia 20
1211 Geneva 27
Switzerland

UN Human Rights High Commissioner
Office of the High Commissioner
1211 Geneva 10
Switzerland

Hon. Christopher F. Droney
450 Main Street
Hartford, CT 06103
3:05- CV-91 (CFD)

Attorney Daniel Dilzer
757 West Main Street
New Britain, CT 06053

This 24 Day of October 2005
Kathleen M. Dickson
Kathleen M. Dickson, et al
23 Garden Street
Pawcatuck, CT 06379
http://actionlyme.org