Kathleen M. Dickson, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D. Dickson, et al,
and on behalf of all Families and
Children of the State of Connecticut

COMPLAINT

In the cause of a class action:

**CA 05- 328 Torres**

v. STATE OF CONNECTICUT

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

20 November 2005

## MOTION FOR ADVICE

The court ruled that the Plaintiff can have no appointed counsel, while not ruling on the legitimacy of AAG John Tucker representing the Defendant (Tucker is a potential witness). The court also ruled that the Plaintiff can send no motions without asking permission. All of this seems resolvable by appointment of counsel.

Plaintiff has no intentions of irritating the court. Plaintiff intends to attempt redress for the criminal behavior of State of CT employees, which is so extensive, that it includes all levels of law enforcement including the State's Attorney's office and the Attorney General's office staff.

Plaintiff had $49,000 cash only bond for a crime she did not commit and was not allowed a trial. When Plaintiff Dickson was represented by someone who actually intended to represent her, the State switched courts and public defenders, and Plaintiff received a public defender who literally denied the option to receive the evidence that the Plaintiff was innocent, twice. Plaintiff has a gag order, not to "criticize the government." All of this points to the legitimacy of the Plaintiff's claim that she was falsely criminally charged.

Plaintiff made it clear that the State of CT is so corrupt, and so intertwined with the Republican Party crimes, such that

1) the bogus Iraq War ("It's a flawed policy, wrapped in an illusion."- Congressman Jack Murtha),

2) the Bush Family Banks have CT "issues:" the Riggs Bank scandal, JBush and Company- George W. Bush's uncle Jonathan Bush is associated with both, Jonathan Bush is a CT resident,

3) the Chief Justice of the Second Circuit being George W. Bush's uncle, the CT resident and Yale Law School lecturer and graduate, John M. Walker,

4) the criminal behavior of Yale on Lyme disease - yet in Rhode Island, there is legislation to protect Lyme-treating physicians

5) that the Connecticut state government clearly has been involved in criminal behavior (former Governor John G. Rowland is in jail, his former chief of staff and William Tomasso will be sentenced Jan 13, 2006, and that investigation is not over yet);

6) the US Attorney Kevin O'Connor "had to recuse himself" from the investigation of the criminal Governor Rowland and his DCF co-conspiracists because his wife, Mrs. Kevin O'Connor, worked in Rowland's legal office during the Rowlandgate crimes,

7) Mr. Kevin O'Connor did nothing with the Lyme disease scientific fraud and racketeering complaint filed by Plaintiff Dickson in the summer of 2003, before her children were kidnapped,

8) the USDOJ Civil Rights Division is losing experienced staff in record numbers due to the change in policy where nothing constitutes a civil rights complaint because the Bush Republican NeoCon Administration believes in "Custodial Democracy"

"It is not a happy solution. On the contrary, it means **abandoning a central tenet of a free society** — that everyone can exercise equal responsibility for his or her own life. But Britain, like the United States and western Europe, is locked into a welfare state that by its nature generates large numbers of feckless people. If we are unwilling to prevent an underclass by giving responsibility for behaviour back to individuals, their families, and communities, custodial democracy is the only option left."-- Charles Murray, Author of "The Bell Curve"

Therefore, the Plaintiff Dickson asks the court how it is unreasonable for the Plaintiff to ask for counsel and to prosecute this case in Rhode Island, and mostly how can she refrain from finding this humorous? No civil rights protection anywhere, no law enforcement unless it serves a political end (Political means a crime that has not yet been prosecuted, such as the 9/11 World Trade Center thermite treason, now referred to as "Treasongate" and the Iraq War as a flawed policy wrapped in an illusion), yet both parties are claiming, "We can do better."

What does "do better" mean?

It means Rhode Island prefers to continue to vie for first place as the most corrupt state?

Plaintiff would like an answer to the illogic of denial of counsel, when the whole world knows that not only Connecticut is corrupt, so is Yale and the White House. Now is the time to decide what "do better" means. Plaintiff moves that it means the District of Rhode Island assigns the Plaintiff counsel and we get down to the business of holding Connecticut accountable.

Rhode Island is the ideal place for such a recovery of the nation's self respect to begin, especially with the current "president" at this very moment asking the Chinese to be more protective of civil rights and freedom to worship (Roger Williams). The State of CT accused the Plaintiff of being insane to be a human rights activist, yet that was the platform for the founding of her ActionLyme group. Human rights advocacy could hardly be called non-faith-based. The Plaintiff was told she can not "criticize the government," which, if she needs to remind the federal court in RI, is the loss of First Amendment rights, and is the very foundation of a democracy- government by the people. Thus, the "president" is asking the Chinese to do what the State of Connecticut refuses to do, or finds to be evidence of Plaintiff's insanity.

The depth and insidiousness of hatred and which is the abomination known as the State of Connecticut cannot be prosecuted in Connecticut. That's like asking Satan to "play fair."

The non-approval of counsel is the equivalent of not allowing the Plaintiff to bring action against the State of CT and reads "complicity" in Connecticut's crimes against their residents.

Plaintiff asks for a referral to another court, and an explanation. If the District of Rhode Island is not appropriate, and clearly Connecticut is not (since John Tucker defrauded himself to the US Federal Court, as regards his eligibility to represent the Defendant, the State of Connecticut), where is the best place?

China?

CERTIFICATION This document was mailed or faxed to the following entities

International Criminal Court
Po Box 19519
2500 CM, The Hague
The Netherlands

NAACP of Greater New Haven
Scot X. Esdaile - President
192 Dixwell Ave
New Haven, CT 06515

Social Security Allegation Management
Office of the Inspector General
PO Box 17768
Baltimore MD, 21235-7768

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT USA 860-808-5387 fax

World Health Organization
Director Lee Jong-wook
Avenue Appia 20
1211 Geneva 27
Switzerland

UN Human Rights High Commissioner
Office of the High Commissioner
1211 Geneva 10
Switzerland

Hon. Christopher F. Droney
450 Main Street
Hartford, CT 06103
3:05- CV-91 (CFD)

Attorney Daniel Dilzer
757 West Main Street
New Britain, CT 06053

Kathleen M Dickson

This 20 Day of November 2005

Kathleen M. Dickson, et al
23 Garden Street
Pawcatuck, CT 06379
http://actionlyme.org