UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATHLEEN M. DICKSON, and on behalf of Lara E. Dickson Diane M. Dickson, David D. Dickson, et al., and on behalf of all Families and Children of the State of Connecticut,
Plaintiffs,

v. CA 05-328 T

STATE OF CONNECTICUT,
Defendant.

**ORDER**
**DENYING MOTION TO AMEND**

On November 16, 2005, the court issued an order directing Plaintiff to file a "Motion for Leave to File a Second Amended Complaint" and to attach to the motion a copy of her proposed amended complaint. See Order to File Motion for Leave to Amend (Document ("Doc.") #20). The order further specified that Plaintiff was to file the Motion for Leave to File a Second Amended Complaint by December 7, 2005, and that failure to do so would result in the denial of Plaintiff's Motion to Amend (Doc. #13). Plaintiff has not filed the Motion for Leave to File a Second Amended Complaint. Accordingly, **Plaintiff's Motion to Amend (Doc. #13) is DENIED.**

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 13, 2005

BY ORDER:

Deputy Clerk