Kathleen M. Dickson, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D. Dickson, et al,
and on behalf of all Families and
Children of the State of Connecticut

COMPLAINT

In the cause of a class action:

v. STATE OF CONNECTICUT

**CA 05- 328 Torres**

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

19 November 2005

## MOTION TO DISMISS DEFENDANT'S MOTIONS

Defendant has motioned to dismiss complaint, when the judge has not ruled on the appointment of counsel, nor has the judge ruled on the issue of AAG John Tucker not being qualified to represent the State because he is a potential witness, and Mr. Tucker has claimed the Plaintiff's complaint is rambling.

Plaintiff delineated numerically the items of complaint, demonstrated the civil rights violations, and demonstrated the lack of competency of any state of Connecticut's experts.

Plaintiff has already demonstrated that she is disabled from Lyme disease, and that Lyme is a permanent brain infection. No legal precedent exists which specifies that the Americans With Disabilities Act is limited to physical access to the courts, only. Therefore for two obvious reasons related to her disabilities, which are illness signs and memory problems, Plaintiff requests counsel.

The United States Department of Justice is losing Civil Rights Division attorneys, as they have complained that there has been a serious reduction in civil rights cases investigated under the criminal administration of George W. Bush (Geneva Convention war and prisoner treatment violations, ie, chemical weapons and torture, and the fraudulent case for attacking Iraq). This explains why none of the extremely numerous complaints made by the Plaintiff Dickson to the USDOJ about the criminal behavior of CT and Yale staff were addressed.

The State of CT is entirely corrupt, and the US Attorney Kevin O'Connor is involved in the John G. Rowland criminal enterprise as previously mentioned, ie.,

DCF is involved in the Rowland crimes.

Yale is involved in the Rowland crimes.

Yale is involved in DCF's crimes.

DCF is involved in Yale's crimes.

O'Connor had to recuse himself from the investigation of the Rowland crimes.

Yale is involved in the State of CT's crimes.

Yale is involved in the Bush Family crimes.

Yale is involved in the Bush Administration crimes.

Yale is in Connecticut.

This is a civil rights class action, and the federal government in CT is compromised by 1) Yale brain expertise (forensic psychiatry) having a negative number value since they can't even read their own publications, and 2) Mr. O'Connor has not stepped down, and 3) the Chief Justice of

the Second Circuit (In New York, For CT appeals) is John M. Walker, is related to the Bush family and is a Yale alumnus and law lecturer.

**In Addition**:

The Walker-Bush family has been involved in crime, namely the Riggs Bank crime;

Yale University is involved in the crime of LymeRIX and the current fraudulent blood testing for Lyme disease;

The Bush Walker family sold William Weld an investment firm;

William Weld's brother is David Weld (deceased) who was the manager of the criminal enterprise called the American Lyme Disease Foundation, in Somers NY;

George W. Bush's uncle, Jonathan Bush, who lives in CT and was involved in the Riggs' bank scandal, has his own investment firm called JBush & Co. Jonathan Bush and John M. Walker live near each other and attend the same church in Killingworth, CT. Jonathan Bush also fronted George W. Bush $100,000 for George W. Bush first failed oil company and is a former chair of the New York Republican Finance Committee;

Jonathan Bush is an advisor or on the Board of the Yale Hospitals.

Prescott Bush was a member of the Yale Corporation;

Prescott Bush was involved in WWII financial crimes relating to assistance to the enemy;

Both the president George W. Bush and his father George H. W. Bush are Yale graduates.

Therefore on the above mentioned and previously mentioned matters of crime in and around Connecticut and New York, resolved or unresolved, the Plaintiff hardly expects anyone would see it reasonable to prosecute this entanglement in the state of Connecticut. Few CT judges were appointed by Democrats, and the Chief State's Attorney and US Attorney are both Republicans, who are heavily involved in various crimes at the state level and at the federal level.

The Republican controlled legislative branch of federal government and the Republican controlled US Department of Justice have involved the United States in war crimes, by approving George W. Bush the right to attack another country without provocation or threat, to create a new entity called a "terrorist" as a replacement for what the Geneva Convention calls an enemy combatant, to torture people, use chemical weapons, and to defraud the UN over the terms of the threat presented by Saddam Hussein.

Therefore the Defendant may be correct in asserting that nowhere in these United States, can the civil and human rights crimes committed by State of CT and Yale employees and associates be prosecuted, especially since the Plaintiff Dickson has a gag order not to criticize the government as terms for release for crimes she did not commit.

Let the judge rule. The Plaintiff will meanwhile take these complaints to the UN, the International Criminal Court, and the World Health Organization. The USA is a rogue and violent nation; the US citizens have no rights; there is arbitrary and false detainment of its own citizens; and arbitrary criminalization of free speech and democracy.

The President of the United States feels his war is against his US critics, while pretending to be an exporter of democracy, at the present moment, in Asia. The justice system and the country, the United States of America, is a living, breathing, Star Wars movie. The Emperor is Paul Wolfowitz, Darth Vader is Dick Cheney, the Mossad owns the CIA and Homeland Security, and the World Trade Center was pre-planted with explosives before the alleged Al Quaeda airplanes hit, and were destroyed by controlled demolition. Larry Silverstein, who rented the properties just 6 weeks before the 9/11/01 attack, collected twice from Swiss Re, the insurer, yet no plane hit WTC building 7- which was not even adjacent to WTC-1 and WTC-2. The temperatures reached by burning jet fuel are not high enough to melt the lower support beams, allowing the buildings to fall into their foot print. Heat dissipates. Burning jet fuel 70 stories up, will not cause a building to collapse in 7-10 seconds. Especially WTC Building 7. Someone with access to the WTC buildings knew the attack was coming and rather than warn us, exaggerated the event and is responsible for all of the deaths and the fraudulent war in Iraq.

**The United States is a terrorist nation and condones Mossad activity because it suits their Arab oil theft ends, and the ends of Paul Wolfowitz at the World Bank, which is to capture the property, Iraq, to settle our national debt. Regardless, the USA is guilty of several and serious international war crimes and is not in touch with reality.**

CERTIFICATION This document was mailed or faxed to the following entities

International Criminal Court
Po Box 19519
2500 CM, The Hague
The Netherlands

NAACP of Greater New Haven
Scot X. Esdaile - President
192 Dixwell Ave
New Haven, CT 06515

Social Security Allegation Management
Office of the Inspector General
PO Box 17768
Baltimore MD, 21235-7768

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT USA 860-808-5387 fax

World Health Organization
Director Lee Jong-wook
Avenue Appia 20
1211 Geneva 27
Switzerland

UN Human Rights High Commissioner
Office of the High Commissioner
1211 Geneva 10
Switzerland

Hon. Christopher F. Droney
450 Main Street
Hartford, CT 06103
3:05- CV-91 (CFD)

Attorney Daniel Dilzer
757 West Main Street
New Britain, CT 06053

Kathleen M Dickson et al

This 19 Day of November 2005

Kathleen M. Dickson, et al
23 Garden Street
Pawcatuck, CT 06379
http://actionlyme.org