Kathleen M. Dickson, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D. Dickson, et al,
and on behalf of all Families and
Children of the State of Connecticut

COMPLAINT

In the cause of a class action:

**CA 05- 328 Torres**

v. STATE OF CONNECTICUT

US DISTRICT COURT
1 Exchange Terrace
Providence, Rhode Island 02903

28 January 2006

**APPEAL OF DECISION DATED JANUARY 12, 2006, WHICH THE PLAINTIFF DICKSON HAS NOT YET RECEIVED, BUT READ ABOUT ONLINE ON THE SCI.MED.DISEASES.LYME INTERNET NEWSGROUP ON JANUARY 28, 2006**

STATUS:

The court has determined that the Plaintiff's do not have a cause for a class action, wherein the class action is primarily over 1) Color of Law Abuses, 2) discrimination by the Defendant against all kinds of persons, 3) lack of access to redress for grievances through all channels set up in Connecticut specifically for these purposes, 4) the State of Connecticut is 100% incompetent to all health and care related commissions and services, especially the 5) Connecticut Department of Children and Families, who are well known by all to be 100% incompetent and unaccountable, and yet the Plaintiffs have provided documentary evidence in cases for all of these claims.

> Amendment XIV: No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Multiple violations of this right to due process by the Defendant is the primary nature of this complaint, via, discrimination, Color of Law abuses, deprived of the right of sue process, chronic and persistent and pervasive false arrests to protect the guilty.

The Plaintiffs have shown cause for action, have shown evidence of discrimination, have provided case examples to both the Defendant and the court, and the Plaintiff has demonstrated that the USDOJ District of CT is incompetent to the protection of CT citizens: The US. Attorney for Connecticut is an appointee of the now incarcerated former CT Governor Rowland, because *Mrs*. US Attorney KEVIN J. O'CONNOR worked in Rowland's legal office during the Rowlandgate crimes. As reported in the *Hartford Courant, Nov 6, 2005:*

> *"Connecticut's political world is tiny and given to ennui. Witness the fact that the U.S. Attorney, Kevin O'Connor, was barred from participating in the prosecution of the Rowland scandals because of his and his wife's close ties to the former governor. Kathleen O'Connor worked in the office of Rowland's legal counsel. In most places, that would raise an alarm. Connecticut only shrugs."*

Additionally, CT AAG JOHN TUCKER has misrepresented himself to the RI Federal Court as eligible to represent the Defendant. He is a potential witness for the Plaintiffs.

The Plaintiff has requested the assistance of the Internal Revenue Service, the Social Security Administration Fraud Allegation Management Division, and the United States Department of Justice Criminal Civil Rights Division to assist in the investigations of fraud committed against the United States, by the State of Connecticut, Department of Children and Families, et al, and Yale University, indirectly. These claims fall under Qui Tam, False Claims Act, to which JOHN TUCKER has had plenty of time to respond, as demonstrated in EXHIBIT 05-328-060128-01. The 27 October 2005 document sent to CT AAG JOHN TUCKER document states:

> Dear Mr. Tucker-
> Please take this to your staff patent attorneys to confirm.
> Verify independently that this is the text of the Yale patent US # 5, 618, 533
> ===========

This means they have the ability to diagnose Lyme (borreliosis) accurately and early but they chose not to because they chose to make more money on a bogus vaccine instead.
The "CLAIM" of the patent, if you look at it, is a fragment of DNA code, which means no one can use this unless licensed by Yale- which means **they have a monopoly on testing** and they prefer we don't have it available to us.
Yale's own validation is written within the claim of this patent 5, 618,533 and is well-described.

UCONN's Henry Feder tested the OspA vaccine on children in Europe when he knew that would do them no good and in fact, was harmful. This vaccine never should have gone to human trials.

Yale has an early and accurate test for Lyme, but did not use it, when all agree that early treatment gives better patient results.
This is CT's disease.
We have children in CT.
Lyme borreliae can infect the brain and does in 2/3 of the cases (Dattwyler published data).
It kind of makes sense to detect Lyme as early as possible to prevent this infection from reaching the brain and causing brain damage to children.
The State's resistance to this concept is unforgivably incompetent, abusive, and technically is child abuse and medical neglect.

\- --

The Yale Flagellin Patent Validation is right in the text of the patent:
http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=/netahtml/srchnum.htm&r=1&f=G&l=50&s1=5618533.WKU.&OS=PN/5618533&RS=PN/5618533

(snip, text of patent)

What that means is that there is no arguing the validity of my claim that Yale committed a crime. This is their own patent claim and validation.

You should be investigating and prosecuting this and not me. LymeRIX was scientific fraud. I have already given several of the State's Attorneys this data. I gave AAG Tom Ryan the Dearborn booklet and the old CDC published standard in the summer of 2003. I have been in communication with you before. I believe it was over my complaint against the State to the CT Commission on Human Rights in Waterbury.
**False Claims Act** □ Allen Steere's 1993 blood testing standard for Lyme. All the US grants that were paid out upon that bogus standard, such as Klempner's chronic Lyme "study" were also false claims. The validity of the Yale Lyme vaccine qualification was a false claim, and they obviously knew it, since this is their earlier VALID diagnostic test.

http://whistleblowerlaws.com/protection.htm

I give the State the data, the State is not supposed to harass and abuse us, in response. The potential claims against Yale are huge. Yale cannot say the above is not a validation: It is Accurate, Specific, Early and tested empirically in the field.

KMDickson

http://actionlyme.org

CC: Gonzales, Chertoff, Goss, Mueller, Rendell, Sheller, Blumenthal, Milstein, McGuigan, Spitzer, Droney, Dorsey, Chatigny, Torres, Fitzgerald

CT AAG JOHN TUCKER did not respond logically, competently, or, at all, further supporting Plaintiff's claim that the Defendant, the State of Connecticut, is 100% incompetent to its residents and with **willfully malignant intent.**

The Plaintiff has shown previously that the State of Connecticut has defrauded the United States as regards the CT DCF and the DHHS ACF Temporary Aid to Needy Families. The amount defrauded in that report by CT Voices for Children was $88 million dollars in US TANF earmarked ***to prevent removals of children*** out of $113.7 million in fiscal year 2003. 88 million dollars of the 113.7 million dollars receive by the State of Connecticut intended ***specifically to assist families*** stay together, did not go to the families, but instead into the pockets of the DCF staff and to create three new DCF positions. $88 million in fraud in one year alone, against the federal government of the United States, and the Plaintiff's have no cause of action? This is only one specific data point already submitted as evidence.

As previously mentioned, the Chief Justice of the Second Circuit (CT Appeals Court) is a relative of the war criminal's in the White House, GEORGE W. BUSH, JOHN M. WALKER. WALKER is also associated with Yale University and would therefore have to recuse himself from an appeal to that court. GEORGE W. BUSH's cabal in the White House includes an Attorney General who has decided to declare that it is legal for GEORGE W. BUSH break the law and that the rules established to support the FISA court and the judges appointed to it are moot, because it is GEORGE W. BUSH who we are talking about- the argument being that we may have finally discovered a condition where a person is above the law, and that condition is GEORGE W. BUSH.

Whether or not the definition of "a person" has been changed, remains to be seen, when the hearings occur on these secret FBI illegal wiretaps.

> From *The Washington Post*, 28 Jan 2006:
>
> *Critics: FISA has "emergency authorizations" to allow 72-hour surveillance without a court order that the administration could easily utilize.*
>
> *Administration: The Justice Department does not approve emergency authorizations without knowing it will receive court approval within 72 hours.*

It appears that we will see whether or not GEORGE W. BUSH's cognitive abilities, ability to store and retrieve facts, and decision-making abilities are inherently, by nature, superior to any sitting US judge's, court's, or person's. If it becomes true that GEORGE W. BUSH has Divinely endowed powers and abilities, then we, the people, do not have a country, Constitution, or Bill of Rights, and the US courts will have become an international farce, instead of just a national farce, as evidenced by the Connecticut courts, and now this decision by the RI federal court.

Plaintiff respectfully asks the court to postpone the decision to dismiss for 60 days, pending the outcome of the upcoming "IS GEORGE W. BUSH AN ABSOLUTE DICTATOR OR A PRESIDENT?" illegal wiretapping hearings, and a proper IRS, SSA and USDOJ Criminal Civil Rights Division investigation of the continued and chronic frauds upon the people of Connecticut and the United States by the Defendant. If the Plaintiff had filed this fraud, Color of Law, discrimination and multiple 14th Amendment violations complaint against the State of Connecticut in the District of Connecticut, we would be now facing this very appeal to an uncle of the criminal in the White House who is also associated with the indirect Defendant, Yale University, who committed the scientific fraud as regards the definition of "Lyme disease," validating the Plaintiff's position that this complaint should be filed in a federal jurisdiction outside of Connecticut.

**It should also be noted that Connecticut has decided that one's own property is only one's own property until the time comes that the property has greater potential value to someone else who just plain wants it.** That decision, to the Plaintiff Dickson's knowledge is under appeal to the Supreme Court of the United States, and the new candidate, Samuel Alito, is believed to be in contempt of the concept of three co-equal branches of government, or, is in favor of the United States becoming a dictatorship- that dictatorship being under the nephew of the Chief Justice of the Appeals Court for Connecticut, the Defendant, GEORGE W. BUSH.

Given all of the above, the District of RI believes there is no cause for a class action against the State of Connecticut. Again this reasoning drives one to an awareness of the pervasive lack of reasoning as the State of the Union.

Plaintiff's therefore request a postponement of decision to dismiss the complaint for 60 days, 1) pending a request for assistance from the United States to recover fraud damages from the Defendant as a participant of this complaint against the State of Connecticut, and which is 2) logically to be prosecuted in a jurisdiction where there is no conflict of interest, or dependent upon the mercy of a relative of the lunatic in the White House to recuse himself, Justice JOHN M. WALKER and which is 3) logically dependent upon the decision by Congress in the upcoming weeks as to whether or not GEORGE W. BUSH broke the law as regards his disregard for the FISA courts in obtaining "national security" information through wiretapping.

CERTIFICATION This document was mailed or faxed to the following entities

Richard Blumenthal
Connecticut Attorney General
55 Elm Street
Hartford, CT USA 860-808-5387 fax

Social Security Fraud Allegation Management
Office of the Inspector General
PO Box 17768
Baltimore MD, 21235-7768

Karla Dobinski
Deputy Chief
Criminal Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC, 20530

Internal Revenue Service
United States of America

This 01 Day of February 2006

Kathleen M Dickson

Kathleen M. Dickson, et al
23 Garden Street
Pawcatuck, CT 06379
http://actionlyme.org

**05-328-T Appeal to deny decision to dismiss for 60 days to await the outcome of the decision by Congress to impeach and indict "President" George W. Bush for breaking the law as regards the illegal wiretapping, for his criminal insanity, and for his war crimes of knowingly and willingly, fraudulent claims for attacking Iraq in March 2003**

**– AND –**

**for the United States Department of Justice and Social Security fraud allegation management to come to their senses and assist in the prosecution of the scientific fraud in Lyme disease, because CT AAG John Tucker prefers to be irresponsible and vicious towards CT citizens, rather than performing his job protecting us. 01 Feb 2006**

**Appeal is Granted/ Denied**

**JUDGE** **CLERK**