01_Feb_06

To: IRS

Regarding NIH's Edward McSweegan.

Defrauded the United States & American people to the tune of $700,000 - pay for no work, but harassment of Lyme Victims, instead.

KMDickson

## ON THE LEFT

HOME

Lyme borreliosis is a permanent brain infection

"In the animal the neurotropism of [Borrelia] is well-established"- 1944, Lancet

Liegner: Spirochetes on your Brain- CDC shows Lyme persists past treatment with antibiotics

USDOJ Lyme Racketeering and Scientific Fraud Complaint

Explaining to the FDA how Yale's LYMErix vaccine was not a vaccine

Verify Independently that CDC's Lyme test is at best 25% accurate- order the Dearborn conference booklet

Igenex: The CDC's Lyme test is only at best, 25% accurate

Here's the Invitation to the Dearborn Conference, which proves the labs were invited to "contribute."

Here's the old 1990 CDC standard test for Lyme- changing and expanding IgM antibodies, or serial Western Blots

The Class Action Lawsuit Against the State of Connecticut

1976- "Borreliois is an incurable brain infection." US Military

Why is Double-Oh So central to the Lyme Crimes?

McSweegan makes his living trashing people. He trashed the Navy, the NIH (below), the Lyme disease Foundation (below link), the FBI, and chronically stalks and trashes people who have Lyme disease, He actually stalks us, and attends rallies, like the one in New York, at the Pierre Hotel.

That would be because the Lyme vaccine was all his idea, and it was bogus, never worked, hurt people, and he was involved in the whole scam and cover up from start to finish.

See Edward McSweegan's and Yale's Durland Fish's **Treatment on Tick Bite Conspiracy** **"Want to send them a bogus article?"**

**"Double-Oh McSweegan" and the FBI**

**See McWeenie's Quackwatch page on Lyme disease. He's clearly furious at us Lyme disease activists as regards the Lyme vaccine. LOL: http://www.quackwatch.org/01QuackeryRelatedTopics/lyme.html**

**Phone-bugging and stalking by DCF / "Chuck P Adams" / Ed McSweegan**

**Dearborn- Who Approved** **(McSweegan, Steere, Barbour)**

**McSweegan hammers his former employer, the Department of the Navy**

**McSweegan and the Lyme Disease Foundation - the Relentless "Wacko" and Stalker; the issue was always whether or not a person should be treated immediately upon tick attachment/bite.**

**McSweegan's Bioweapons Spy Fiction book- "Deliberate Release" :**
http://www.amazon.co.uk/exec/obidos/ASIN/1403343535/202-5032109-8793428

- - - -

Ed McSweegan - Lyme victim harasser & stalker.

O

Chronolo

This is Bu
in the blo

CDC Staf
kid you n
profiteers

Double-C

The Lyme

Lyme Di

It's a sin
SCIENT

Gary Wo
the CDC
25% acc
best

Wormser
primers f
borrelia-
primers

Klempne
survived
treatmen

TOP US
REQUIR

Debunki
poison" :
Catastroj

New Job
to replac
Must un
send ther

[Hosp.](#)

[Sam T. Donta, MD, Infectious Diseases (a full explainer on the state of the disease)](#)

[http://www.lyme.org](#) The Lyme Disease Foundation

[Willy Burgdorfer and the cyst forms of spirochete](#)

[Bransfield Lyme-brain presentations- ProVigil for increasing daytime alertness](#)

[Brian Fallon, MD, on Lyme-brain](#)

[http://www.columbia-lyme.org](#) (Columbia Lyme brain)

[DATABASES](#)

[LYME BRAIN](#)

[BIOMARKERS](#)

[A BOGUS VACCINE](#)

===

[CDC's Dearborn, MI, 1994 Conference](#)

[LymeRIX was not a vaccine](#)

[ActionLyme History](#)

["Controversy" = RICO](#)

[MedLine-Pathologies Index](#)

[Virginia T. Sherr, MD, ILADS](#)

[Pachner Brains 1990](#)

## $100,000-a-year scientist not assigned any 'real work' in 7 years, he says

Tania Branigan, **Washington Post** Saturday, July 5, 2003

## NIH's do-nothing administrator

Washington -- Every weekday at 6.30 a.m., **Edward McSweegan** climbs into his Volkswagen Passat for the hourlong commute to the National Institutes of Health. He has an office in Bethesda, Md., a job title -- health scientist administrator -- and an annual salary of about $100,000.

What McSweegan says he does not have -- and has not had for the past seven years -- is any real work. He was hired by the National Institute of Allergy and Infectious Diseases in 1988, but says his bosses transferred the research grants he administered to other workers eight years later, leaving him with occasional tasks more suitable for a typist or "gofer."

NIH officials denied the allegations earlier this week, but said they would re-examine the issue after Sen. Charles Grassley, R-Iowa, raised the issue in a letter to Health and Human Services Secretary Tommy Thompson.

Grassley, who as chairman of the Senate Finance Committee has supported budget increases for the NIH, learned of McSweegan's case when CBS News contacted him for a story on the scientist. In the report that aired on "CBS Evening News" on June 26, McSweegan said he had been paid to do nothing for the past seven years.

McSweegan used to be NIH's program officer for Lyme disease but was removed from the post in June 1995 after a dispute over his repeated criticism of a politically influential support group for sufferers and his allegations that NIH had been too accommodating of the group. He had publicly described the Lyme Disease Foundation as "wacko" because he disagreed with its theories about the disease. The dispute led to his suspension without pay for two weeks for insubordination and conduct unbecoming of a federal employee.

In spring 1996, his responsibilities for an unrelated program were also removed. He maintains they have never been replaced.

In an interview this week, Grassley accused NIH of "an absolute management vacuum" and said it is "ludicrous" that the administrator is being paid to do nothing.

"We want to make sure we get the most bang for our buck, the most research for our dollars," the senator added.

could po

Sinister C Roberts

Robin Co anthrax

Congress Iraq, 200

The Impe

Confirma Iraq was 9/11 was (Here)

Dictionar

Bush II F

The Corr

"We are r

Raw Perv Democra

FASCIST

EMPIRE

New Hon Liquified Stupidity

Homelan Bush-Wa Bankers for Iraq II

NEOCON

Dictiona

Welcom

Yale Neuropsychiatry PACHNER

Early CNS Invasion

DEAD Lyme Kids' Page

Dattwyler Luft: Bb DNA in CSF, with EM

The Treatment of Lyme Disease, 1989 ID Reviews The Truth About the Illness

CHILDREN'S SECTION

Dissemination after 6 hours

EUROLYME

-------

Patient Guidelines

Conferences

ORGANIZATIONS on Lyme, TBDs

GENETICS

Borrelia Daily News, MedLine Update

Borrelia Genetics

Human Genetics

CDC, Barbour, Antigenic Variation

TESTING

Children's Blots, Zemel

Dearborn, CDC

Methods of Detection

**Borrelia and Antigenic Variation

John Burklow, a spokesman for NIH, said McSweegan has always been assigned duties appropriate to his position and pay level.

"The claim that he is being compensated for doing nothing is completely inaccurate," Burklow said.

According to NIH, McSweegan is director of the U.S.-Indo Vaccine Action Program, and has traveled to countries such as Russia representing the agency. He has also "produced reports and other work products."

But McSweegan said he has never been told he was director of the program and knew of no such title. Three other people ran the project, and his work for it -- such as arranging coffee for lunches and forwarding messages -- was "the kind of work you would get an intern to do."

He added that the Office of Global Health Affairs had organized and paid for his trip to Russia, and that his only reports had been brief accounts of meetings.

McSweegan said he struggles to fill his eight-hour workdays by reading, exercising and writing fiction. He has self-published a bioterrorism thriller and a science fiction novel, and is working on a third book.

But he says his six-page job description is the ultimate work of creative writing and describes his position as **"a bizarre, surreal situation -- part Orwell, part Kafka and part Dilbert."**

"It's not my idea," said McSweegan, 47. "I have pointed it out repeatedly over the years. I suppose they are just waiting for me to get bored and frustrated and quit. But I haven't been inclined to do that, because my wife has a real job and we have compelling family reasons for staying in the area.

"I just expect to do this for maybe four more years until my wife retires," he said. "It would be nice to get a real job doing real work."

=====

McSweegan at the Jan 31, 2001 FDA meeting, calling Karen Forschner of the Lyme Foundation, "INSANE"

Search sci.med.diseases.lyme for "kathleen karen nuts FDA"

The really interesting thing about McSweegan is that he was on the CDC Lyme Group's Dearborn committee to approve the Dressler/Steere standard, so he will be named in the lawsuits, and THAT is why

Criminal is mitiga of psych

Using du weapons

Protectir to cause children

CORRUF

Importan

Importar

The Dearl

http://\

====

ALDF E

OTHER /

ANTHON

http://ww

REALITY

Klempnei

Anarchy

KORRUP

Mental Ir

Crystal Structure of VlsE

**Antigenic Variation in Ehrlichia

** NO VACCINE (Barbour)a

PATHOLOGIES

Pathologies

Bannwarth's, Roland Martin, 1988

ALS and Lyme, 47% of men inn Lyme endemic areas have evidence of exposure to Lyme

Neuroborreliosis, eMedicine.com

Neurosyphilis, eMedicine.com

Tulane HSPs

SCIENTISTS

John Anderson, PhD

Alan Barbour

Barbour's Patents

Jorge Benach

Willy Burgdorfer, NIH,

Cadavid, Diego

Pat Coyle, Neurology

Dave Dorward, NIH

Paul Duray, Pathologist

John Halperin

Russell Johnson

Lynn Margulis

Roland Martin NIH

he is looking for a new job, outside the NIH.

Dearborn Who Approved

http://www.cbsnews.com/stories/2003/06/26/eveningnews/main560528.shtml

The Man With No Work

WASHINGTON, June 27, 2003

Edward McSweegan (CBS)

QUOTE

**"To come rattling a tin cup asking for more money when the NIH is paying for full-time novelists has got to stop."**
*Sen. Charles Grassley*

**(CBS)** "There's nothing to do. There's nothing to pretend to do," laments Dr. Edward McSweegan.

McSweegan once managed a large portfolio of research at the National Institutes of Health (NIH), but his work days have been pretty much empty since March 1996.

It's not that he doesn't want to work. He says they won't let him. Meantime, taxpayers are covering his generous paycheck, reports **CBS News Correspondent Sharyl Attkisson**.

McSweegan, who earns about $100,000 a year, believes he's being punished for using his personal time to discredit a charity that had influence over his bosses at NIH.

Back in 1995, McSweegan and other scientists felt the charity was putting out unscientific and incorrect information about Lyme Disease, and he used his personal time to discredit the charity.

In 1997, the NIH suspended McSweegan for two weeks, partly because he had referred to the charity as "whacko" on his personal Web site. But documents show that NIH's own lawyers agreed there were no grounds to fire him. The charity later sued McSweegan for slander, but lost. McSweegan won his counter-suit against them.

Before the feud, McSweegan received the highest rating possible in his annual job reviews and was awarded annual cash bonuses for his good job performance. His personnel file is full of commendation letters from his bosses. Even after the feud--including his most recent job review--McSweegan's bosses have continued to give him good job performance scores.

**CBS News** wanted to talk to McSweegan's bosses, but NIH denied a request. A spokesman did say that allegations that some employees don't have enough work to do are "to be expected" in any giant agency.

DANGEF

http://ww

ROBERT

http://ww

NIMH-go

James Miller

Justin Radolf

Ron Schell

CDC's George Schmid

OTHER TBDs

Coinfections

Viruses

SPECIALISTS

C. Ray Jones, MD, Pediatric Lyme

Sam Donta, MD, Boston ID

Ami Katz, MD, Neurology, ILADS

Joel Burrascano, MD, ILADS

K B Liegner Critical Care, Pathology

Steven Bock, MD, Lyme, Autism

Harold Smith, MD, ILADS

R. Shoemaker, MD, Neurotoxins

Marie Kroun, Denmark

William T. Harvey, MD, ILADS

more http://www.ILADS.org

Bernard Raxlen , MD, (Dual:Psy/Med), ILADS

Sandy Berenbaum, Clinical. Children

John Bleiweiss, MD, (deceased)

RECOMMENDED LABS

http://www.igenex.com/

NIH employs 18,000 people. The spokesman also suggested that the same might be true at CBS. This correspondent pointed out that taxpayers don't pay CBS salaries.

So what does McSweegan do all day?

"I've managed to publish a couple of books, some short story fiction, a little bit of non-fiction writing," he said.

Yes, with all that free time, and with taxpayers footing the bill, he's become a successful mystery writer. And more: "I wound up joining a health club near the office, just to sort of to break up the day," he said

Oddly enough, McSweegan has been getting good job reviews.

"I guess I'm good at doing nothing," he said.

**CBS News** showed McSweegan's interview to Sen. Charles Grassley, R-Iowa, whose Finance Committee played a role in doubling NIH's budget over the last five years to a whopping $27 billion.

And now Grassley wants action. He has fired off a letter to Health and Human Services Secretary Tommy Thompson demanding that McSweegan be put back to work.

After making it clear that the **CBS News** investigation raised questions about NIH's use of taxpayer money, Grassley said: "Dr. McSweegan wants to work - I expect HHS/NIH to find him appropriate work that makes good use of his experience and talents."

His letter included this rebuke: "The fault for this lies in great part with NIH management. I request that NIH take immediate steps to ensure that all NIH employees are fully employed and are helping to achieve the goals of the organization. To come rattling a tin cup asking for more money when the NIH is paying for full-time novelists has got to stop."

Some might call Edward McSweegan lucky. But McSweegan said he just wants to expose the kind of waste that gives federal bureaucracy a bad name. Even if -- after all these years of doing nothing -- he gets fired for telling about it.

Talking about this in public is sort of like playing Russian roulette, McSweegan said. "You pull the trigger and see what happens."

He might title his own incredible story "Under Worked and Overpaid." For now, he's waiting for someone else to write the last chapter.

K M Dickson
23 Garden St
Pawcatuck CT 06379
860-599-5451

McSweegan

# BROADCAST REPORT

TIME : 02/01/2006 09:15
NAME : ATGJEM
FAX : 8605995451
TEL : 8605993852
SER.# : BROK3J849986

| PAGE(S) | 05 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 02/01 | 08:28 | 12022247327 | 02:02 | 05 | OK | ECM |
| 02/01 | 08:31 | 12022242417 | 02:02 | 05 | OK | ECM |
| 02/01 | 08:34 | 12022248525 | 02:03 | 05 | OK | ECM |
| 02/01 | 08:36 | 12023071198 | 02:05 | 05 | OK | ECM |
| 02/01 | 08:39 | 12025140293 | 02:05 | 05 | OK | ECM |
| 02/01 | 08:42 | 12023072572 | 02:05 | 05 | OK | ECM |
| 02/01 | 08:44 | 12023072839 | 02:05 | 05 | OK | ECM |
| 02/01 | 08:47 | 12024562461 | 02:03 | 05 | OK | ECM |
| 02/01 | 08:49 | 12023345269 | 02:08 | 05 | OK | ECM |
| 02/01 | 08:52 | 12038652525 —State Police | 02:03 | 05 | OK | ECM |
| 02/01 | 08:55 | 12022283027 | 02:03 | 05 | OK | ECM |
| 02/01 | 08:57 | 18602403291 | 02:03 | 05 | OK | ECM |
| 02/01 | 09:00 | 12035035098 —FBI | 02:05 | 05 | OK | ECM |
| 02/01 | 09:02 | 13123532067 | 02:03 | 05 | OK | ECM |
| 02/01 | 09:05 | 12022281683 | 02:04 | 05 | OK | ECM |
| 02/01 | 09:08 | 12022249750 | 02:03 | 05 | OK | ECM |
| 02/01 | 09:10 | 12028638063 | 02:06 | 05 | OK | ECM |
| 02/01 | 09:13 | 12022280282 | 02:03 | 05 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE
PC : PC-FAX