Karla Dobinski

Deputy Chief

Criminal Section

Civil Rights Division

USDOJ

1 Feb 06

USDOJ
Karla Dobinski
copied complaint
Dated Jan 28, 2006

BROADC[illegible] REPORT

TIME : 02/01/2006 1[illegible]:53
NAME : ATGJEM
FAX : 8605995451
TEL : 8605993852
SER.# : BROK3J849986

| PAGE(S) | [illegible] |
|---|---|

| DATE | TIME | [illegible]AX NO./NAME | [illegible]TION | [illegible]GE(S) | RES[illegible]T | COMMENT |
|---|---|---|---|---|---|---|
| 02/01 | 10:39 | [illegible]2025140293 - USDOJ | [illegible]2:17 | [illegible] | OK | EC[illegible] |
| 02/01 | 10:42 | [illegible]2022247327 | [illegible]2:13 | [illegible] | OK | EC[illegible] |
| 02/01 | 10:45 | [illegible]2022242417 | [illegible]2:13 | [illegible] | OK | EC[illegible] |
| 02/01 | 10:47 | [illegible]2022248525 | [illegible]2:14 | [illegible] | OK | EC[illegible] |
| 02/01 | 10:50 | [illegible]2023072572 - USDOJ | [illegible]2:17 | [illegible] | OK | EC[illegible] |

[illegible]USY: BUSY/NO RESPONSE
[illegible]G : POOR LINE CONDITION
[illegible]V : COVERPAGE
[illegible]C : PC-FAX

from Kathleen McDick