UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

KATHLEEN M. DICKSON, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D.
Dickson, et al., and on behalf
of all Families and Children of
the Sate of Connecticut

v.                                          CA No. 05-328-T

STATE OF CONNECTICUT

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
### AND DENYING PLAINTIFF'S MOTION TO DISMISS

Defendant's motion to dismiss (Document No. 21) is hereby granted. Plaintiff's motion to dismiss (Document N. 23) is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: 2/9/06          , 2006