**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KATHLEEN DICKSON, and
on behalf of Lara E. Dickson,
Diane M. Dickson, David D.
Dickson, et al., and on behalf
of all Families and Children of
the State of Connecticut

vs. C.A. No. 05-328T

STATE OF CONNECTICUT

# JUDGMENT

[ ] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ X ] **Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED:

Judgment is hereby entered for Defendant, State of Connecticut, pursuant to an Order dated February 9th, 2006 granting Defendant's Motion to Dismiss.

Enter:

Deputy Clerk

Dated: February 10th, 2006